UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DR. BARRY SHAH,

Plaintiff,

v.

Civil Action No. CA 07 016 ML

MARYLAND CASUALTY COMPANY, ZURICH-AMERICAN INSURANCE COMPANY AND ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS,

Defendants.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, defendants Maryland Casualty Company, Zurich-American Insurance Company (improperly named defendant) and Zurich-American Insurance Company of Illinois (improperly named defendant), hereby remove the above-captioned action from the Providence County Superior Court to the United States District Court for the District of Rhode Island. In further support of this Notice of Removal, defendants state as follows:

**The Parties**

1. Plaintiff, Dr. Barry Shah, is alleged in the state court complaint to be a medical doctor residing in the Town of Lincoln, State of Rhode Island.

2. Defendant Maryland Casualty Company is a corporation organized under the laws of the state of Maryland and maintains its principal place of business in Illinois.

3. Defendant Zurich-American Insurance Company is a foreign corporation organized under the laws of the state of New York and maintains a principal place of business in Illinois.

4. Defendant Zurich-American Insurance Company of Illinois is a foreign corporation organized under the laws of the state of Illinois and maintains a principal place of business in Illinois.

**Nature Of This Action**

5. This is an insurance contract / bad faith action in which Plaintiff seeks to recover from its insurer an unspecified amount for alleged loss sustained to the insured's property, including property damage, loss of contents, storage costs, loss of income and interruption of his medical practice, and other relief.

**Jurisdiction and Venue**

6. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) in that Plaintiff and Defendants are citizens of different states and, upon information and belief, the amount in controversy exceeds $75,000.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a)(2) in that a substantial part of the events or omissions giving rise to this action occurred in, and a substantial part of the property that is the subject of this action is situated in, this judicial district.

8. This notice of removal is being filed within 30 days of Defendants' receipt, through service or otherwise, of the summons and complaint, in accordance with 28 U.S.C. § 1446(a).

9. A copy of the summons and complaint mailed to the Defendants is attached hereto as Exhibit A. The Defendants are not aware of any other pleadings in the state court action.

10. A copy of the Notice of Removal filed on even date herewith with the Providence County Superior Court is attached hereto as Exhibit B.

Respectfully submitted,

Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

**Certificate of Service**

I hereby certify that on this 12th day of January, 2007, I personally caused a copy of the foregoing Notice of Removal to be served on counsel for the plaintiff via facsimile and via first-class mail, postage pre-paid, addressed as follows:

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

Dana M. Horton
Dana M. Horton, Esq.
RI Bar No. 6251