STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

DR. BARRY SHAH

vs.

C.A. NO.: 06-6613

MARYLAND CASUALTY COMPANY,
ZURICH-AMERICAN INSURANCE COMPANY,
ZURICH-AMERICAN INSURANCE COMPANY
OF ILLINOIS

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that Maryland Casualty Company, Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois, named defendants in the above-entitled action, have filed a petition in the United States District Court for the District of Rhode Island for removal of this action thereto. A true and correct copy of the Petition for Removal is attached as Exhibit A.

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1446(e), this court "shall proceed no further unless and until the case is remanded."

THE DEFENDANTS,
MARYLAND CASUALTY COMPANY, ET AL.

By: Dana M. Horton

Dana M. Horton, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
RI Bar No. 6251
Tel.: (860) 275-8200
Fax: (860) 275-8299

Dated: January 12th, 2007

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and mailed via first class mail, postage prepaid, on the 12TH day of January, 2007, to:

Michael J. Lepizzera, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

Dana M. Horton
Dana M. Horton
R.I. Bar No. 6251