AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

Dr. Barry Shah

**APPEARANCE**

V.

Maryland Casualty Company, Zurich-American Insurance Company, and Zurich-American Insurance Company of Illinois

Case Number: CA 07 016 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Maryland Casualty Company, Zurich-American Insurance Company, and Zurich-American Insurance Company of Illinois

I certify that I am admitted to practice in this court.

1/12/07
Date

Signature Dana M. Horton

Dana M. Horton, Esq.
Print Name

6251
Bar Number

Robinson & Cole LLP, 280 Trumbull Street
Address

Hartford
City

CT
State

06103
Zip Code

(860) 275-8200
Phone Number

(860) 275-8299
Fax Number