**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DR. BARRY SHAH, :
Plaintiff :
:
v. : C.A. No. 07-016 ML
:
MARYLAND CASUALTY COMPANY, :
ZURICH-AMERICAN INSURANCE :
COMPANY AND ZURICH-AMERICAN :
INSURANCE COMPANY OF ILLINOIS, :
Defendants :

**STIPULATION**

The parties to the captioned matter hereby stipulate and agree that the Defendants, Maryland Casualty Company, Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois, shall have up to and including February 5, 2007 to answer or otherwise respond to the Plaintiff's Complaint.

THE PLAINTIFF,
DR. BARRY SHAH
By His Attorneys,

/s/
Michael J. Lepizzera, Jr., Esq.
RI Bar No. 4995
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

THE DEFENDANTS,
MARYLAND CASUALTY
COMPANY, ZURICH-
AMERICAN INSURANCE
COMPANY AND ZURICH-
AMERICAN INSURANCE
COMPANY OF ILLINOIS
By Their Attorneys,

/s/
Dana M. Horton, Esq.
RI Bar No. 6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06106
(860) 275-8200 (Telephone)
(860) 275-8299 (Facsimile)

Date: January 19, 2007

**CERTIFICATION**

I hereby certify that on January 19, 2007, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

Michael J. Lepizzera, Jr., Esq.
RI Bar No. 4995
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

/s/
Dana M. Horton