STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-6613 DR BARRY SHAH V MARYLAND CASUALTY COMPANY

Filing Date: 12-21-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 01-16-2007

Plaintiff: BARRY SHAH
ID: @10880052
Attorney: MICHAEL LEPIZZERA

Defendant: MARYLAND CASUALTY COMPANY
ID: @10880053
Attorney: DANA HORTON

Defendant: ZURICH AMERICAN INSURANCE COMPANY
ID: @10880054
Attorney: DANA HORTON

Defendant: ZURICH AMERICAN INSURANCE COMPANY (
ID: @10880056
Attorney: DANA HORTON

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-21-2006 | COMPLAINT FILED | |
| 12-21-2006 | INITIAL FILING FEE | |
| 12-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP239677. |
| 01-12-2007 | SUMMONS,PROOF OF SERVICE FILED | 3 ISSUED,FOR MARYLAND CASUALTY,ZURICH-AMERICAN INSURANCE, AND ILLINOIS BRANCH OF ZURICH AMERICAN. |
| 01-16-2007 | ENTRY OF APPEARANCE | DANA HORTON ENTERS<br>Affiliated: MARYLAND CASUALTY COMPANY |
| 01-16-2007 | NOTICE OF REMOVAL | Affiliated: MARYLAND CASUALTY COMPANY |
| 01-16-2007 | CASE REMVD TO US DISTRICT CT | DISTYRICT COURT #07-016ML<br>Affiliated: MARYLAND CASUALTY COMPANY |
| 01-16-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island