UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DR. BARRY SHAH,
Plaintiff

v.

MARYLAND CASUALTY COMPANY, ZURICH-AMERICAN INSURANCE COMPANY AND ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS,
Defendants

C.A. No. 07-016 ML

**DOCUMENT INDEX**

1. Providence County Superior Court Docket Sheet
2. Complaint and Civil Case Cover Sheet
3. Initial Filing Fee / Receipt
4. Summons / Maryland Casualty Company, Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois
5. Entry of Appearance
6. Notice of Removal

MARYLAND CASUALTY COMPANY,
ZURICH-AMERICAN INSURANCE COMPANY
AND ZURICH-AMERICAN INSURANCE
COMPANY OF ILLINOIS

By Their Attorneys:

Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

Dated: January 22, 2007