**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DR. BARRY SHAH, :
Plaintiff :
:
v. : C.A. No. 07-016 ML
:
MARYLAND CASUALTY COMPANY, :
ZURICH-AMERICAN INSURANCE :
COMPANY AND ZURICH-AMERICAN :
INSURANCE COMPANY OF ILLINOIS, :
Defendants :

**DEFENDANTS' FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Maryland Casualty Company, Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois (private non-governmental parties), certifies that the named defendants are subsidiaries, affiliates and/or otherwise related to Zurich Financial Services, which is publicly traded.

MARYLAND CASUALTY COMPANY,
ZURICH-AMERICAN INSURANCE COMPANY
AND ZURICH-AMERICAN INSURANCE
COMPANY OF ILLINOIS

By Their Attorneys:

Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

Dated: January 18, 2007

**Certificate of Service**

I hereby certify that on this 18th day of January, 2007, I personally caused a copy of the foregoing Defendants' Fed. R. Civ. P. 7.1 Statement to be served on counsel for the plaintiff via facsimile and via first-class mail, postage pre-paid, addressed as follows:

Michael J. Lepizzera, Jr., Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

Dana M. Horton, Esq.
RI Bar No. 6251