**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DR. BARRY SHAH,<br>Plaintiff | : | |
| v. | : | C.A. No. 07-016 ML |
| MARYLAND CASUALTY COMPANY,<br>ZURICH-AMERICAN INSURANCE<br>COMPANY AND ZURICH-AMERICAN<br>INSURANCE COMPANY OF ILLINOIS,<br>Defendants | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Federal Rule of Civil Procedure 7 (a), Defendants in the above-captioned matter, Maryland Casualty Company, Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois, respectfully move for an extension of time, until and including February 26, 2007, to file an answer and/or other responsive pleading to the Plaintiff's Complaint, dated December 21, 2006. Defendants require this extension of time so that counsel may properly and adequately digest and analyze the allegations of Plaintiff's Twelve Count Complaint, confer with Defendants and thoroughly evaluate the case.

The undersigned counsel for Defendants contacted opposing counsel with regard to possibly entering a Stipulation regarding the requested extension of time. Attorney Chris Potter, speaking on behalf of Plaintiff's counsel, Michael LePizzera,

offered to either (1) enter a Stipulation for a seven (7) day extension of time within which Defendants could answer or otherwise respond to the Complaint, or (2) enter a Stipulation for the requested three (3) week extension but only allowing Defendants to file an answer, as opposed to a Rule 12 motion. In that the parties could not agree, Defendants respectfully apply to the Court and request an extension of time, up to and including February 26, 2007, within which to answer and/or otherwise respond to Plaintiff's Complaint. Although the parties previously entered into a Stipulation regarding an extension of time, this is Defendants' first Motion for an Extension of Time with regard to responding to Plaintiffs' Complaint.

MARYLAND CASUALTY COMPANY,
ZURICH-AMERICAN INSURANCE
COMPANY AND ZURICH-AMERICAN
INSURANCE COMPANY OF ILLINOIS

By Their Attorneys:

/s/

Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

Dated: February 2, 2007

I hereby certify that on February 2, 2007, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

Michael J. Lepizzera, Jr., Esq.
RI Bar No. 4995
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

/s/
Dana M. Horton