UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

Dr. Barry Shah
Plaintiff

vs. C.A.No.: 07-016 ML

Maryland Casualty Company;
Zurich-American Insurance Company; and
Zurich-American Insurance Company
of Illinois

Defendants

---

**ENTRY OF APPEARANCE**

Christian C. Potter hereby enters his appearance on behalf of Plaintiff Dr. Barry Shah in the above-captioned matter.

Plaintiff, Dr. Barry Shah
By and through his Counsel

/s/ Christian C. Potter
Christian C. Potter, #5359
Cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

**CERTIFICATION**

I certify that on this 27th day of March 2007 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Dana Horton #6251.
dhorton@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8295 (Telephone)
(860) 275-8299 (Facsimile)

/s/ Christian C. Potter