UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. BARRY SHAH,<br>Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY, ZURICH-AMERICAN INSURANCE COMPANY AND ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS,<br>Defendants. | C.A. No. 07-016 ML |

**DEFENDANT MARYLAND CASUALTY COMPANY'S[1]**
**MOTION FOR ENLARGEMENT OF TIME TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant Maryland Casualty Company (also improperly named as Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois), pursuant to Rule 7 of the Local Rules of Civil Procedure, and respectfully moves for a fourteen (14) day enlargement of time within which to move for summary judgment in the above-captioned matter. At present, dispositive motions must be filed by October 19, 2007. Specifically, the undersigned seeks a fourteen (14) day extension, or until November 2, 2007, to file a motion for summary judgment.

As grounds for this Motion, Defendant states that additional time is required to prepare and file a dispositive motion in this case. Counsel for Plaintiff and Defendant have been negotiating the possibility and practicality of submitting a portion of Plaintiff's claim to Appraisal, as provided for in the applicable insurance policy. The parties are still in the process

[1] Defendant Maryland Casualty Company is also improperly named in this action as Zurich-American Insurance Company and Zurich-American Insurance Company of Illinois. This Motion for an Enlargement of Time is filed on behalf of all three named entities.

of negotiating this possibility. Defendant's Motion for Summary Judgment would relate to that portion of Plaintiff's claim not submitted to Appraisal, namely, (1) the claim for loss of rental income; (2) the counts brought against the improperly named defendants; and (3) the counts brought pursuant to 9-1-45. As such, Defendant respectfully seeks an enlargement of time so that it may be able to reach an agreement with Plaintiff as to the submission of a portion of Plaintiff's claim to Appraisal and to prepare its Motion for Summary Judgment.

This is the undersigned's first Motion for An Enlargement of Time relative to filing dispositive motions. Counsel for Plaintiff indicated that his client would not consent to this Motion.

Accordingly, for the reasons set forth herein, the undersigned respectfully moves for a fourteen (14) day enlargement of time, or until November 2, 2007, within which to file a dispositive motion in the captioned matter.

MARYLAND CASUALTY COMPANY
(Improperly named as ZURICH-AMERICAN INSURANCE COMPANY AND ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS)

By Their Attorneys:

/s/ Dana M. Horton
Dana M. Horton, of
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: dhorton@rc.com
RI Bar No. 6251

Dated: October 10, 2007

**Certificate of Service**

I hereby certify that on October 10, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties noted below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing for viewing and/or downloading through the Court's CM/ECF System.

Michael J. Lepizzera, Jr., Esq.
mlepizzera@lldlawyers.com
RI Bar No. 4995
Christian Potter, Esq.
cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

/s/ Dana M. Horton
Dana M. Horton, Esq.
RI Bar No. 6251