ZURICH®

*Dennis J. Fox*
Managing Executive General Adjuster

***Sent Via Certified Mail-Return Receipt Requested***

October 30, 2007

Dr. Barry Shah
c/o Christian Potter, Esq. & Michael Lepizzera, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Ste. 102
Warwick, RI 02886

Re: **Insured:** **Dr. Barry Shah**
**Loss Location: 386 Atwells Avenue, Providence, Rhode Island**
**Date of Loss: 12/21/04**
**Claim No.: 535-0031852**

Dear Mr. Shah:

Zurich

PO Box 66946
Chicago, IL 60666-0946

Phone 603-437-3789

dennis.fox@zurichna.com

With respect to the above-referenced claim, we have been unable to reach agreement with you as to the actual cash value or replacement value of the covered property damage itemized on Exhibit A hereto. It is the position of Maryland Casualty Company ("MCC") that the payments previously made to you, totaling $322,983.28, fully compensate you for the damage you sustained to your property as a result of the above-noted incident (although we will consider any supplemental claim you may wish to submit upon repair or replacement of the damaged property). We are aware that you disagree with our determination.

I am writing to advise you that MCC is exercising its right under the policy to demand appraisal with regard to the replacement cost of the remaining covered property damage, and your claimed storage costs associated therewith. In this regard, I note that the policy provides as follows:

> If we and you disagree on the value of the property or the amount of loss, either may make a written demand for the appraisal of the loss. In this event, each party will select a competent and impartial appraiser.
>
> You and we must notify the other of the appraiser selection within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

ZURICH

The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

MCC hereby selects as its appraiser Joseph Rusciano.

Please let me know as soon as possible, and in any event, within twenty days of your receipt of this letter, the name and address of the appraiser you are selecting so that we can commence the appraisal. In addition, upon your receipt of this letter, please contact our counsel at Robinson & Cole LLP, to determine and delineate the procedural issues that will be involved with submitting this matter to appraisal.

MCC continues to reserve all of its rights under the policy of insurance and applicable law and waives none of them.

Very truly yours,

Dennis Fox
Managing Executive General Adjuster

cc: Daina Kojelis
Dana M. Horton
Daniel F. Sullivan
Stephen E. Goldman