C1-10822-A (1/05)
Claim #: 910-64250
File Handler: Kojle
Date Rec'd.:
Doc.Type: Coverage
Doc. Date:
Doc. Description:
Policy

ZURICH

Verification of Policy Records

The attached record constitutes documents relevant to the contents of policy PAS 00223943, 11/01/2004 reprinted as of 10/31/2005 generated from computer data maintained by the issuing company. Cosmetic changes not affecting coverage may have occurred to the format of the policy over time.

Elona Shannon
Name

***Elona Shannon***
*Records Management*

01/11/07
Date

Zurich NA

LANIER
Records Management

3910 Keswick Road
Baltimore, Maryland 21211
USA
Phone 410-554-4107
Fax 410-554-4100

351

Process Date: 01/08/2007

Policy Number: PAS 00223943

Requestor Name: SHANNON/KOJELIS

**ATTACHED ARE THE POLICIES THAT YOU REQUESTED TO BE RETRIEVED AND RETURNED TO YOU**

380

ZURICH

# precision portfolio policy

Zurich North America
Small Business



office
INSURANCE PROGRAM

*513A0FS400223943P0 A 59 00 *

740278 (Ed. 5-02)

381

# Notice to Our Customers

## Virtual Consulting Report

When you purchase insurance from Zurich North America Small Business, you are insured by one of the leading insurance carriers. We are always working to improve our products and offer our agents and their clients a little extra. This notice is to advise you of a new offering we hope you will find helpful in your business. We joined forces with our Risk Engineering team to develop a new service called Virtual Consulting. Virtual Consulting is a program designed to give you valuable information on risk improvement and loss prevention. By using basic policy information you provided, we are able to generate industry specific loss prevention suggestions including, exposure information, major causes of loss and recommendations to prevent losses.

The document is a detailed report which identifies causes of loss and discusses possible control strategies you can immediately use in your business. Implementing some of the suggestions has the potential to lead to less workplace accidents and less employee time off.

This service is provided free of charge and available from your agent. Please contact them and they will be able to print or email the document to you. Your agent has also received a notice, asking that they contact you. Make sure you're in contact with your agent to examine the document.

We urge you to take advantage of this service. We are certain you will find this program is a value added feature.

Contact your agent to find out more about Virtual Consulting.

The information provided through this service is compiled from sources believed to be reliable. We make no guarantee of results and assume no liability in connection with the information, methods or safety suggestions offered. Moreover, Zurich Small Business reminds you that this service cannot be assumed to contain every acceptable safety and compliance procedure or that additional procedures might not be required by abnormal or unusual circumstances.

ZURICH

# MARYLAND CASUALTY COMPANY

ADMINISTRATIVE OFFICES
1400 AMERICAN LANE
SCHAUMBURG, ILLINOIS 60196

# PRECISION PORTFOLIO POLICY

For

DR BARRY SHAH
386 ATWELLS AVENUE
PROVIDENCE RI 02909

By

CAPUANO, W. A., INC.
1020 PARK AVE
CRANSTON RI 02910-3227

In witness whereof, the MARYLAND CASUALTY COMPANY, a stock company, has caused this policy to be signed by its President and its Secretary at Baltimore, Maryland, and countersigned on the declarations page by a duly authorized representative of the Company.

President

Secretary

384

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# MARYLAND CASUALTY COMPANY
# PRECISION PORTFOLIO POLICY - COMMON DECLARATIONS
# PRECISION AMERICA
# OFFICE PROGRAM

This policy consists of the declarations as well as the coverage forms and endorsements listed on the Forms and Endorsements Applicable List.

**NAMED INSURED AND MAILING ADDRESS**

DR BARRY SHAH
386 ATWELLS AVENUE
PROVIDENCE RI 02909

**AGENCY NAME AND SERVICING ADDRESS**

CAPUANO, W. A., INC.
1020 PARK AVE
CRANSTON RI 02910-3227
(401) 943-0550

**BRANCH NAME AND SERVICING ADDRESS**

HARTFORD EAST
P.O. BOX 10197
JACKSONVILLE, FL 32247-0197
(800) 800-3907

**POLICY PERIOD**

| FROM | TO |
|---|---|
| 11/01/2004 | 11/01/2005 |
| 12:01 am | 12:01 AM |

BUSINESS ENTITY: INDIVIDUAL

## POLICY PREMIUMS

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

This policy consists of the following coverage parts. This premium may be subject to adjustment.

| | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY AND GENERAL LIABILITY | $ 1,400.00 |
| TERRORISM PREMIUM | $ 28.00 |
| TOTAL ANNUAL PREMIUM | $ 1,428.00 |

Countersigned by ______________________ ______________
Authorized Representative Date

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984
Copyright, Maryland Casualty Company, 1992.

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

385

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY SUPPLEMENTAL DECLARATIONS PRECISION AMERICA OFFICE PROGRAM

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| COMMON | COMMON POLICY DECLARATIONS |
| 9S5007 0902 | RETAINED MINIMUM PREMIUM<br>Commercial Property & Commercial General Liability - $100 |
| | |
| | |
| | |
| | |

COMMON

9S5008 Ed. 3-00 INSURED'S COPY 01/08/2007

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A. **Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E. **Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.





Copyright, Insurance Services Office, Inc., 1998

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

(Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.


Copyright, ISO Properties, Inc., 2001

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. When this endorsement is attached to the STANDARD PROPERTY POLICY **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

B. With respect to the:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM PROPERTY OTHER FARM PROVISIONS FORM ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM LIVESTOCK COVERAGE FORM
FARM MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM;

Paragraph **1.** of the **CANCELLATION** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to our agent who issued the policy.

C. With respect to all Coverage Parts and Policies addressed in this Endorsement, the **CANCELLATION** Common Policy Condition is amended by replacing Paragraphs **2.**, **3.**, **5.** and **6.** with the following:

2. We may cancel this policy by giving, mailing or delivering to the first Named Insured and agent, if any, written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

   If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

   c. Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;

 Copyright ISO Properties, Inc., 2003 

392 We will also give, mail or deliver written notice of cancellation, subject to C.2. above, and written notice of nonrenewal, subject to E.1. above to any loss payee named in the policy. Mailing will be accomplished in accordance with the procedure stated in the above paragraph.

G. Under the MORTGAGE HOLDERS Condition, the paragraphs pertaining to cancellation and nonrenewal are replaced by the following:

1. If we cancel this policy, we will give, mail or deliver written notice to the mortgage holder at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
2. If we do not renew this policy, we will give, mail or deliver written notice to the mortgage holder at least 10 days before:
   a. The expiration date of the policy; or
   b. An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.
3. If notice of cancellation or nonrenewal is mailed, we shall forward the notice of cancellation or nonrenewal to the last known address of the first Named Insured stated in the policy by first class mail and maintain proof of mailing by the United States Postal Service certificate of mailing. This proof of mailing will be sufficient proof of notice.

 Copyright ISO Properties, Inc., 2003 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY – MORTGAGEHOLDERS ERRORS AND OMISSIONS COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM LIABILITY COVERAGE FORM
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

When an insurer or its agents recover payment on a casualty loss from a third party through subrogation, the insurer must first pay the insured the deductible portion of the casualty loss, less the prorated share of subrogation expenses and thereafter retain any funds in excess of the deductible portion of the recovery.

B. The following provision is added:

**DIRECT LIABILITY OF INSURERS**

We will be directly liable for those sums the insured becomes legally obligated to pay as damages to the injured party to which this insurance applies. In the event of that injured party's death, we will be directly liable for those sums the insured becomes legally obligated to pay as damages to the party entitled to sue as a result of the injured party's death, and to which this insurance applies.


Copyright, ISO Properties, Inc., 2001

395

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# COMMERCIAL PROPERTY DECLARATIONS

## PRECISION AMERICA
## OFFICE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

For descriptions of premiums, see the attached buildings and personal property schedule.

Insurance at the described premises applies only for coverage for which a limit of insurance is shown. These may be found in this declarations and the attached schedules.

| PRIMARY PROPERTY COVERAGES | DEDUCTIBLE | LIMITS |
|---|---|---|
| SCHEDULED BUILDINGS | $500 | SEE SCHEDULE |
| AUTOMATIC BUILDING INCREASE | NONE | 2.5% OF LIMITS |
| SCHEDULED PERSONAL PROPERTY | $500 | SEE SCHEDULE |
| PEAK SEASON PERSONAL PROPERTY INCREASE | NONE | 50% OF LIMIT |
| | | |
| | | |
| | | |
| **ADDITIONAL COVERAGES** | **DEDUCTIBLE** | **LIMITS** |
| ACCOUNTS RECEIVABLE* | NONE | $25,000 |
| ANTENNAE AND SATELLITES* | $500 | $1,000 |
| BI & EE - DEPENDENT PROPERTIES - 30 DAYS | NONE | ACTUAL LOSS SUSTAINED |
| BI & EE - NEWLY ACQUIRED PROPERTIES - 180 DAYS | NONE | $250,000 |
| LOSS OF BUSINESS INCOME (BI) AND EXTRA EXPENSE (EE) - 12 MOS | NONE | ACTUAL LOSS SUSTAINED |
| DEBRIS REMOVAL - EACH LOCATION | NONE | $10,000 |
| DEFERRED PAYMENTS | NONE | $5,000 |
| EDP EQUIPMENT AND MEDIA - BLANKET* | $500 | $10,000 |
| EMPLOYEE DISHONESTY* | NONE | $10,000 |
| FINE ARTS - BLANKET* | $500 | $10,000 |
| FIRE DEPARTMENT SERVICE CHARGE | NONE | $10,000 |
| FIRE EXTINGUISHING EQUIPMENT RECHARGE | NONE | $1,000 |
| FORGERY OR ALTERATION* | NONE | $10,000 |
| FREE-STANDING FENCES & WALLS* | $500 | $2,500 |

* The limits for these coverages may be increased. Contact your agent.

396

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# COMMERCIAL PROPERTY DECLARATIONS
# PRECISION AMERICA
# OFFICE PROGRAM

| ADDITIONAL COVERAGES – Continued | DEDUCTIBLE | LIMITS |
|---|---|---|
| INSTALLATION* | $1,000 | $2,500 |
| INVENTORY AND APPRAISAL | NONE | $5,000 |
| LEASEHOLD INTEREST* | NONE | $10,000 |
| LOCK AND KEY REPLACEMENT | NONE | $1,000 |
| MONEY & SECURITIES – INSIDE THE PREMISES/OUTSIDE THE PREMISES* | NONE | $10,000/ $2,500 |
| MONEY ORDERS & COUNTERFEIT CURRENCY – $1,000 MAX. EACH ITEM | NONE | $5,000 |
| NEWLY ACQUIRED OR CONSTRUCTED BUILDINGS – 180 DAYS | $500 | $500,000 |
| OFF-PREMISES POWER OR WATER FAILURE* | $1,000 | $10,000 |
| PATTERNS, DIES & MOLDS* | $500 | $5,000 |
| PERSONAL EFFECTS AND PERSONAL PROPERTY OF EMPLOYEES | $500 | $2,500 |
| PERSONAL PROPERTY AT NEWLY ACQUIRED OR CONST. BLDGS. – 180 DAYS | $500 | $250,000 |
| PERSONAL PROPERTY AT OTHER LOCATIONS (INCLUDING EXHIBITIONS)* | $500 | $25,000 |
| PERSONAL PROPERTY IN TRANSIT* | $1,000 | $2,500 |
| POLLUTION CLEAN-UP AND REMOVAL – EACH LOCATION | $500 | $10,000 |
| SALESPERSONS SAMPLES – $2,500 MAX. EACH EMPLOYEE | $1,000 | $10,000 |
| SIGNS* | $500 | $5,000 |
| SPOILAGE* | $1,000 | $5,000 |
| TOOLS & EQUIPMENT INCLUDING COMMUNICATION DEVICES – BLANKET* | $500 | $5,000 |
| TREES, SHRUBS, PLANTS AND LAWNS – $1,000 MAX. EACH ITEM | $500 | $10,000 |
| UNAUTHORIZED BUSINESS CARD USE – $1,000 MAX. PER OCCURRENCE | NONE | $5,000 |
| VALUABLE PAPERS & RECORDS* | NONE | $25,000 |

* The limits for these coverages may be increased. Contact your agent.

Mortgagees and Loss Payees are listed on the Commercial Property Supplemental Declarations by building.

| BILL | POLICY NUMBER | | PRODUCER NUMBER | | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# BUILDINGS AND PERSONAL PROPERTY SCHEDULE
# PRECISION AMERICA

LOCATION 01 BUILDING # 01 386 ATWELLS AVENUE PROVIDENCE RI 02909

PREMISES PRIMARY
OCCUPANCY: MEDICAL OFFICES
INSURED'S INTEREST: OWNER
CONSTRUCTION: MASONRY NON-COMBUSTIBLE PROTECTION CLASS: 002

| | | DEDUCTIBLE | LIMIT |
|---|---|---|---|
| SCHEDULED BUILDINGS | REPLACEMENT COST | $500 | $570,302 |
| SCHEDULED PERSONAL PROPERTY | REPLACEMENT COST | $500 | $154,500 |
| FULL GLASS BREAKAGE | | $500 | INCLUDED |
| BACK-UP OF SEWERS & DRAINS | | $1,000 | $25,000 |
| EQUIPMENT BREAKDOWN | | $500 | INCLUDED |
| BUILDING ORDINANCE OR LAW COVERAGE 'A' | | NONE | INCLUDED |
| BUILDING ORDINANCE OR LAW - COVERAGES 'B' AND 'C' (BLANKET) | | NONE | $50,000 |

PROTECTIVE DEVICES CONDITION APPLIES TO:

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

398

BRANCH HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# SUPPLEMENTAL DECLARATIONS
## PRECISION AMERICA
(CONTINUED)

| COVERAGE PART(S) AND FORM OR ENDORSEMENT NUMBER | FORM OR ENDORSEMENT NAME AND FORM OR ENDORSEMENT SUPPLEMENTAL INFORMATION |
|---|---|
| PROPERTY | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| 9S1001 0499 | MORTGAGEE:<br>LOCATION #: 001 BUILDING #: 001<br>CITIZENS BANK<br><br>ONE CITIZENS DRIVE<br><br>RIVERSIDE RI 02915 LOAN #: |

COMMERCIAL PROPERTY

9S5008 Ed. 3-00 INSURED'S COPY 01/08/2007

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form.

QUICK REFERENCE


| SECTION OF THIS FORM | BEGINS ON PAGE |
|---|---|
| Coverage | 1 |
| Covered Property | 1 |
| Covered Causes of Loss | 7 |
| Additional Coverages | 13 |
| Limits of Insurance | 18 |
| Deductible | 18 |
| Commercial Property Conditions | 18 |
| Loss Conditions | 18 |
| General Conditions | 22 |
| Definitions | 24 |


## COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

I. COVERED PROPERTY

The following items are Covered Property in this policy if shown in the Declarations along with a Limit of Insurance.

A. **Building**, meaning buildings and structures scheduled in the Declarations at a "described premises".

B. The following property if within 1000 feet of the "described premises":

1. Completed additions;
2. Permanently installed fixtures, machinery and equipment;
3. Indoor and outdoor equipment and other personal property used to maintain or service the "described premises";
4. Unless covered by other insurance:
   (a) Incomplete additions and their component parts; and
   (b) Materials, equipment, supplies and temporary structures to be used in completing those additions.

C. However, Covered Property does not include:

1. Land, water, growing crops, bridges, unattached retaining walls, patios or paved surfaces;



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

2. The day you report the new property to us; or

3. The 180th day after you acquire the property or begin the construction.

We will charge additional premium for new values reported from the date you acquire the property or the date construction begins.

G. **Personal Property at Other Locations,** meaning your Personal Property that is at any premises more than 1000 feet from the "described premises".

1. This Coverage includes property at:

   a. A location you own or occupy that is not a "described premises"; or

   b. The premises of a fair or exhibition.

2. This Coverage does not include property:

   a. In the course of transportation; or

   b. That is more specifically insured while off-premises in this or another insurance policy.

H. **Patterns, Dies and Molds,** located anywhere in the Coverage Territory, including at exhibitions.

1. Patterns are forms or models for imitation, or models for making molds for forming or casting molten metals.

2. Dies are devices that impart desired shapes or finishes to materials. They may be devices that stamp or cut objects. They may also be devices through which metal, plastics or other materials are extruded.

3. Molds are frames around which objects are constructed, or containers in which objects are shaped.

I. **Personal Effects and Personal Property of Employees,** in your care, custody or control while in, on or within 1000 feet of the "described premises". This insurance is excess over any other valid and collectible insurance available to the owner of the property.

J. **Salespersons Samples,** while more than 1000 feet from the "described premises", including in transit. This Coverage applies to samples of goods or products you own while in the custody of a salesperson or any employee who travels with sales samples.

Salespersons Samples does not include:

1. Property that has been sold,

2. Property shipped by mail; or

3. Drugs, jewelry, costume jewelry, furs, fur garments or garments trimmed with fur.

The most we will pay for loss of or damage to property in the custody of any one salesperson or employee in any one occurrence is $2500.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

K. **Free Standing Fences and Walls,** at the "described premises" and not attached to buildings or other structures. This Coverage does not include retaining walls that are used to contain water.

L. **Antennae and Satellite Dishes,** meaning radio or television satellite dishes and antennae, including their lead-in wiring, masts and towers within 1000 feet of a "described premises."

M. **Signs,** wherever located in the Coverage Territory. This Coverage applies to signs:

1. Owned or rented by you; or

2. Owned by others but in which you have a financial interest.

N. **Outdoor Trees, Shrubs, Plants and Lawns,** at the "described premises", other than "stock". This Coverage includes debris removal expense. However, we will only pay for loss or damage caused by the following Causes of Loss:

1. Fire;

2. Lightning;

3. Explosion;

4. Riot or Civil Commotion; or



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

designed and principally used for highway transportation;

b. Aircraft or watercraft, or property while airborne or waterborne;

c. Property located underground; or

d Contraband or property in the course of illegal transportation or trade.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy.

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.b.** Earth Movement.

**Extension – Newly Acquired Equipment.** If you acquire new contractors equipment during the Policy Period of a type already covered in this policy by this Coverage, we will automatically cover that property up to 180 days, but not beyond the end of the policy period. The most we will pay in any one occurrence under this extension is $250,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

**Insurance to Value.** All owned property included in this Coverage must be insured for at least 80% of its value at the time of loss or damage. If it is not, you will incur a penalty. The penalty is that we will only pay the proportion of the loss or damage that the Limit of Insurance for this Coverage bears to 80% of the value of the owned property at the time of loss or damage.

R. **Accounts Receivable,** meaning the money due you that you are unable to collect from your customers as a result of loss of or damage to your records of accounts receivable.

1. This coverage applies to:

a. Evidences of debt in connection with credit or charge cards;

b. Interest charges on any loan that you secure to offset amounts you are unable to collect pending our payment of these amounts;

c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss; and

d. Other reasonable expenses you incur to re-establish your records of accounts receivable.

2. This coverage does not apply to:

a. Contraband or property in the course of illegal transportation or trade; or

b. Electronic data processing media or software.

3. Accounts Receivable loss payment will be determined as follows:

a. When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the amount will be computed as follows:

(1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

(2) Adjust that total for any normal fluctuation in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b. We will deduct from the total amount of accounts receivable, however that amount is established:

(1) The amount of the accounts for which there is no loss or damage;

(2) The amount of the accounts that you are able to re-establish or collect;

(3) An amount to allow for probable bad debts that you are normally unable to collect; and

(4) All unearned interest and service charges.



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

products by insects, birds, rodents or other animals.

(4) Exclusion **2.c.(6)(b)** Changes or extremes of temperature.

U. **Valuable Papers and Records,** meaning inscribed, printed or written documents, manuscripts or records including abstracts, books, deeds, drawings, films, negatives, transparencies, tapes, maps, mortgages or credit card records. We will pay the cost incurred to research, replace or restore the information on lost or damaged Valuable Papers and Records.

This Coverage does not include:

1. Electronic data processing media or software;
2. Money or securities;
3. Valuable papers and records that cannot be replaced with others of like kind and quality;
4. Property held as samples or for delivery after sale;
5. Property in storage away from the "described premises"; or
6. Contraband, or property in the course of illegal transportation or trade.

The following exclusions in **EXCLUSIONS** (Section II.A.) do not apply to this coverage:

(1) Exclusion **1.b.** Earth Movement.

(2) Exclusion **2.c.(4)** Settling, cracking, shrinking, expansion.

(3) Exclusion **2.c.(5)** Nesting or infestation, or discharge or release of waste products by insects, birds, rodents or other animals.

## II. COVERED CAUSES OF LOSS

RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE unless the loss or damage is excluded or limited as described below:

### A. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

a. **Ordinance or Law** –

(1) The enforcement of any ordinance or law:

(a) Regulating the construction, use or repair of any property; or

(b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance or Law, applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

b. **Earth Movement**

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

All volcanic eruptions that occur within any 168–hour period will constitute a single occurrence.

c. **Governmental Action** – Seizure or destruction of property by order of governmental authority. But we will pay for loss or damage caused by or resulting

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

caused by that "specified cause of loss."

d. Explosion or mechanical breakdown of steam boilers, steam pipes, steam engines, steam turbines, or their accessories or components, owned or leased by you or operated under your control. But we will pay for:

(1) Any loss or damage caused by fire or combustion explosion that results from explosion of steam boilers, steam pipes, steam engines or steam turbines; or

(2) Any loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

f. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

g. (1) Dishonest or criminal acts by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(a) Acting alone or in collusion with others; or

(b) Whether or not occurring during the hours of employment.

(2) This exclusion does not apply to:

(a) Acts of destruction by your employees, except that theft by employees is not covered; or

(b) Acts committed by carriers for hire or anyone claiming to be a carrier for hire.

h. Rain, snow, ice or sleet to personal property in the open.

i. Collapse. But

(1) If collapse results in a Covered Cause of Loss at the "described premises", we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

(a) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(b) Hidden decay;

(c) Hidden insect or vermin damage;

(d) Weight of people or personal property;

(e) Weight of rain that collects on a roof;

(f) Use of defective material or methods if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in (2)(a) through (e), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

409

(1) The weight of a load or lift exceeding the manufacturer-rated lifting capacity of the equipment under operating conditions at the time of loss or damage; or

(2) Collapse or collision of booms or jibs unless directly caused by one of the "specified causes of loss".

b. **Accounts Receivable** – We will not pay for any loss or damage caused by or resulting from:

(1) Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property. But this exclusion applies only to the extent of the wrongful giving, taking or withholding

(2) Bookkeeping, accounting or billing errors or omissions, or for any loss that requires an audit of records or an inventory computation to prove its factual existence.

c. **Fine Arts** – We will not pay for loss or damage caused by or resulting from:

(1) Breakage of statuary, glassware, bric-a-brac, marbles, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by fire, lightning, explosion, windstorm, earthquake, flood, vandalism, aircraft, rioters, strikers, theft, attempted theft or by accident to the vehicle carrying the property.

(2) Any repairing, restoration or retouching of the Fine Arts.

d. **Valuable Papers and Records** – We will not pay for any loss or damage caused by or resulting from errors or omissions in processing or copying the papers and records. But we will pay for loss or damage caused by a resulting fire or explosion.

e. **Business Income and Extra Expense** – We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to "extra expense".

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennae, or satellite dishes, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations" due to interference at the location of the rebuilding, repair or replacement by strikers or other persons;

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration"; or

(4) Any "extra expense" caused by or resulting from suspension, lapse or cancellation of any license, leases or contract beyond the "period of restoration".

(5) Any increase of loss of Net Income caused by or resulting from improvement(s) in business conditions subsequent to the time of loss.

(6) Any other consequential loss.

f. **Leasehold Interest** – We will not pay for any loss caused by:


Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

b. $2500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $250 for stamps, letters of credit and tickets, including lottery tickets held for sale.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a. Results in discharge of any substance from an automatic fire protection system; or

b. Is directly caused by freezing.

6. We will not pay the cost of excavations.

III. **ADDITIONAL COVERAGES**

The following Additional Coverages apply only if they are indicated in the Declarations:

A. **Business Income and Extra Expense** – We will pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" during the "period of restoration," but not to exceed 12 consecutive months. The suspension must be caused by direct physical loss of or damage to property at the "described premises," including personal property in the open, or in a vehicle, within 1000 feet, caused by or resulting from a Covered Cause of Loss.

We will also pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance, except for the Newly Acquired Properties Extension.

**Extensions:**

1. **Business Income From Dependent Properties** – We will also pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" caused by direct physical loss of or damage by a Covered Cause of Loss to "dependent property" at a premises you do not own, lease or operate.

a. We will only pay for loss of "business income" that occurs within the lesser of:

(1) The "period of restoration" at the "dependent property" where the direct loss or damage occurs; or

(2) 30 days.

b. We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations", in whole or in part, by using any other available:

(1) Source of materials; or

(2) Outlet for your products.

2. **Newly Acquired Properties** – We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary suspension of "operations" during the "period of restoration" caused by direct physical loss or damage by a Covered Cause of Loss to your property at newly acquired buildings, including personal property in the open, or in a vehicle, within 1000 feet. But this Coverage ends for each newly acquired location upon the earlier of:

a. The expiration of this policy;

b. The day you report the new property to us; or

c. The 180th day after you acquire the property or begin the construction.

We will pay up to the Limit for this Extension shown in the Declarations.

3. **Extended Period of Indemnity** – We will pay for the actual loss of "business income" you sustain due to the impairment of "operations" during the period that



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.e.** Utility Service Failure.

D. **Building Ordinance or Law** – If there is an ordinance or law in effect at the time of loss that regulates zoning, land use or construction of a covered building, and if enforcement of that ordinance or law affects the repair or rebuilding of that building following damage by a Covered Cause of Loss:

1. We will pay:

   a. The value of undamaged portions of the building if they must be demolished due to the enforcement of building ordinance or law;

   b. Costs to demolish and clear the site of those undamaged portions;

   c. Increased costs to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

      when the increased cost is the consequence of enforcement of building, zoning or land use ordinance or law.

      However, this coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   d. The actual loss of "business income" and "extra expense" you sustain solely because the building ordinance or law was enforced. But this paragraph **d.** does not apply unless Business Income and Extra Expense is covered in this Coverage Part.

   The limit for **a.** above is included in the Building limit. The limit for covered losses payable under **b.** and **c.** above are shown in the Declarations.

2. We will not pay more under paragraphs **1.a.** and **1.b.** above than if the repaired or replaced building were rebuilt

   a. At the same location, as soon as reasonably possible;

   b. With the least expensive building materials and construction methods of comparable material and quality;

   c. In the same style and of the same size; and

   d. For the same type of occupancy as the one it replaces

   to the extent permitted by the law or ordinance.

   If you do not repair or replace the damaged building, we will pay only to demolish and clear the site of the undamaged portions of the building.

   This Additional Coverage does not apply to the costs associated with the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any other way respond to or assess the effects of "pollutants."

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.a.** Ordinance or Law.

E. **Spoilage** –

1. We will pay for loss or damage to Personal Property that is perishable "stock" within the "described premises" caused by:

   a. Change in temperature or humidity resulting from:

      (1) Breakdown of machinery; or

      (2) Failure of refrigerating, cooling or humidity control equipment

      if such machinery or equipment is located at the "described premises";

   b. Contamination by refrigerant; or

   c. Change in temperature or humidity resulting from complete or partial interruption of electrical power due to conditions beyond your control.



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

415

b. The deductible in this policy applicable to that loss or damage.

2. But if:

a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance for the Covered Property; or

b. The debris removal expense exceeds the amount payable under the 25% limitation

we will pay up to the additional amount shown in the Declarations for Debris Removal for each location in any one occurrence.

3. This coverage does not apply to costs to:

a. Extract "pollutants" from land or water; or

b. Remove, restore or replace polluted land or water.

L. **Preservation of Property** – If it is necessary to move Covered Property from the "described premises" to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

1. While it is being moved or while temporarily stored at another location; and

2. Only if the loss or damage occurs within 30 days after the property is first moved.

This Additional Coverage is part of, and not in addition to, the Limit of Insurance applicable to the Covered Property.

M. **Damage By Water, Other Liquid, Powder or Molten Material** – If loss or damage caused by or resulting from water or other liquid, powder or molten material damage loss occurs, we will pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Additional Coverage is part of, and not in addition to the Limit of Insurance for Building.

N. **Leasehold Interest** – We will pay for loss of "net leasehold interest" you sustain due to the cancellation of your lease. The cancellation must result from direct physical loss or damage at the "described premises" caused by or resulting from a Covered Cause of Loss.

1. We will not pay more than the total "net leasehold interest" at the time of the cancellation of the lease. But if your lease is cancelled and your landlord lets you continue to use your premises under a new lease, we will not pay more than:

a. The rent you will pay under the new lease; minus

b. The rent you now pay.

2. We will not pay under this Additional Coverage if:

a. The premises where the lease is cancelled has been vacant for more than 60 consecutive days; and

b. You have not entered into an agreement to sublease the premises.

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.a.** Ordinance or Law.

O. **Arson or Fraud Reward** – In the event that a covered loss was a result of arson or fraud, we will, at our discretion, reimburse you up to $5,000 for rewards you pay for information leading to arrest and conviction for that act of arson or fraud.

P. **Equipment Breakdown** – We will pay for loss or damage caused by or resulting from risks of direct physical loss due to:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force.

(2) Artificially generated electric current, including electric arcing, that disturbs electrical devices and appliances.

But this additional coverage does not apply to the following types of property:

Steam pipes, steam engines, steam turbines, including their accessories and components

We will pay up to $25,000 for any additional expenses you incur for:


Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

b. Give us prompt notice of the loss or damage. Include a description of the property involved.

c. As soon as possible, give us a description of how, when and where the loss or damage occurred.

d. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. Also, if feasible, set the damaged property aside and in the best possible order for examination.

e. At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

g. Send us a signed sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

h. Cooperate with us in the investigation or settlement of the claim.

2. If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible. If you:

a. Do not resume "operations"; or

b. Do not resume "operations" as quickly as possible;

we will pay for loss of "business income," if covered in this policy, based on the length of time it would have taken to resume "operations" as quickly as possible.

3. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

D. **Loss Adjustment** –

1. This condition is intended to facilitate payment of insurance proceeds in the event of loss of or damage to Covered Property from a Covered Cause of Loss that is covered by:

a. This Commercial Property Coverage Part; and

b. Boiler and Machinery insurance.

It applies when there is a disagreement between the insuring companies as to the amount of loss to be paid by each company.

2. The provisions of paragraph 3. of this condition apply only if all of the following requirements are met:

a. The Boiler and Machinery insurance carried by the Named Insured and insuring the Covered Property contains a provision with substantially the same requirements, procedures and conditions as stated here.

b. The damage to the Covered Property was caused by a loss for which both we and the Boiler and Machinery insurer admit to some liability for payment under the respective policies.

c. The total amount of the loss is agreed to by you, the Boiler and Machinery insurer and us.

d. We and the Boiler and Machinery insurer disagree as to the amount of loss that each of us should pay that is attributable to:

(1) A Covered Cause of Loss under this Coverage Part; and

(2) An "accident" covered under the Boiler and Machinery insurance as defined in that policy.

3. If the requirements listed in paragraph 2. above are satisfied, we and



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

2. Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

G. **Recovered Property** – If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

H. **Reinstatement After Loss** – The Limits of Insurance will not be reduced by the payment of any claim, except for total loss of a scheduled item, in which event we will refund the unearned premium on that item.

I. **Vacancy** –

1. Description of Terms

a. As used in this Vacancy Condition, the term building and the term vacant have meanings set forth in **a.(1)** and **a.(2)** below:

(1) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(2) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its total square footage:

(a) Is not rented; or

(b) Is not used to conduct customary operations.

b. Buildings under construction or renovation are not considered vacant.

2. Vacancy Provisions

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage:

a. We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(1) Vandalism;

(2) Sprinkler leakage, unless you have protected the system against freezing;

(3) Building glass breakage;

(4) Water damage;

(5) Theft; or

(6) Attempted theft.

b. With respect to Covered Causes of Loss other than those listed in **2.a.(1)** through **2.a.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

J. **Valuation** –

1. For property valued on a Replacement Cost Basis, we will determine the value of Covered Property in the event of loss or damage at the cost to replace the lost or damaged property with new property:

a. Of comparable kind and quality;

b. On the same premises (regardless of where the rebuilding actually occurs); and

c. Intended for the same occupancy or use

without deduction for depreciation. But if the damaged or destroyed property is not repaired or replaced, we will not pay more than its actual cash value at the time of loss or damage.

You may make a preliminary claim for loss or damage covered by this insurance on an Actual Cash Value Basis. In the event you do, you may still make a claim on a Replacement Cost Basis if you notify us of your intent to do so within 180 days after the loss or damage.

2. **Penalty for Underinsurance** – If the property is covered on a Replacement Cost Basis and the value shown in the Declarations for the Covered Property is less than 80% of its replacement cost value at the time of loss or damage, we will value the



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition **does not exist**.

D. **Insurance Under Two Or More Coverages** – If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

E. **Legal Action against Us** – No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

F. **Liberalization** – If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will automatically apply to this Coverage Part.

G. **Loss Payable** – For Covered Property in which both you and a Loss Payee shown in the Declarations have an insurable interest, we will:

1. Adjust losses with you; and
2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

H. **Mortgage Holders, Including Lender's Loss Payable** –

1. In this condition, the term "lienholder" includes:
   a. Mortgage holders or trustees of real property; and
   b. Creditors or trustees with whom you have entered into a contract for the sale of personal property and whose interest in that property is established by such written contracts as:
      (1) Warehouse receipts;
      (2) A contract for a deed;
      (3) Bills of lading; or
      (4) Financing statements.
2. For Covered Property in which both you and a lienholder have an insurable interest:
   a. We will pay for covered loss of or damage to Covered Property to each lienholder shown in the Declarations in their order of precedence, as their interests may appear.
   b. The lienholder has the right to receive loss payment even if the lienholder has started foreclosure or similar action on the Covered Property.
   c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the lienholder will still have the right to receive loss payment if the lienholder:
      (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;
      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and
      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the lienholder.

      All of the terms of this Coverage Part will then apply directly to the lienholder.
   d. If we pay the lienholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:
      (1) The lienholder's rights will be transferred to us to the extent of the amount we pay; and
      (2) The lienholder's rights to recover the full amount of the lienholder's claim will not be impaired.

      At our option, we may pay to the lienholder the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.
3. If we elect to cancel this policy, we will give written notice to the lienholder at least:
   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or


Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

C. "Dependent Property" means premises operated by others on whom you depend to:

1. Deliver materials or services to you, or to others for your account (not including water, communication or power supply services);
2. Accept your products or services;
3. Manufacture products for delivery to your customers under contract of sale; or
4. Attract customers to your business.

D. "Described Premises" means the locations described in the Building and Personal Property Schedule. If you are a tenant, "described premises" means the portions of the building which you rent, lease or occupy, including all routes within the building to gain access to the described premises.

E. "Extra Expense" means necessary costs incurred to:

1. Avoid or minimize the suspension of business and continue "operations":
   a. At the "described premises"; or
   b. At replacement premises or temporary locations, including:
      (1) Relocation expenses; and
      (2) Costs to equip and operate the re-placement or temporary locations.
2. Minimize the suspension of business if you cannot continue "operations".
3. a. Repair or replace any property; or
   b. Research, replace or restore the lost information on damaged Valuable Papers and Records

to the extent it reduces the amount of loss that otherwise would be payable under paragraphs 1. and 2. above, or as "business income".

F. "Gross Leasehold Interest" means:

1. The monthly rental value of the premises you lease on the date the direct physical loss or damage occurs; minus
2. The actual monthly rent you pay, including taxes, insurance, janitorial or other service you pay as part of the rent.

Example:

| | |
|---|---|
| Rental value of your leased premises | $500 |
| Monthly rent including taxes, insurance, janitorial or other services that you pay for as part of the rent | -400 |
| "Gross Leasehold Interest" | $100 |

G. "Improvements and Betterments" means fixtures, alterations, installations or additions:

1. Made a part of a building or structure you occupy but do not own; and
2. You acquired or made at your expense but cannot legally remove.

H. "Monthly Leasehold Interest" means the original costs you made for:

1. Bonus Payments - Money you originally paid to acquire your lease, but not including rent, prepaid rent or security; and
2. Prepaid Rent - Advance rent you paid that will not be refunded to you, other than periodic rental payments

divided by the number of months left in your lease at the time of the expenditure.

Example:

| | |
|---|---|
| Original cost of Bonus Payment and/or Prepaid Rent | $4,000 |
| With 20 months left in the lease at time of payment | /20 |
| "Monthly Leasehold Interest" | $200 |

I. "Net Leasehold Interest" means the sum of:

1. The net present value of your "gross leasehold interest" for each remaining month of your lease discounted at the Prime Rate prevailing on the date the direct physical loss or damage occurs, rounded to the nearest whole number; plus
2. Your "monthly leasehold interest" times the number of months left in your lease on the date the direct physical loss or damage occurs, rounded to the nearest whole number.



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

# COMMERCIAL CRIME COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form and the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, except as noted below.

QUICK REFERENCE


| Section of this Form | Begins on Page |
|---|---|
| I. Coverage | 1 |
| II. Exclusions | 2 |
| III. Limits of Insurance | 3 |
| IV. Deductible | 3 |
| V. Crime Conditions | 3 |
| VI. Definitions | 6 |


## I. COVERAGE

We will pay for the following for which a limit is shown in the Declarations:

A. **Employee Dishonesty** – Loss of, and direct loss from damage to, "money," "securities" and "property other than money and securities" resulting directly from employee dishonesty.

Employee dishonesty means dishonest acts committed by an "employee" acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

1. Cause you to sustain loss; and also
2. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:
   a. The "employee"; or
   b. Any person or organization intended by the "employee" to receive that benefit.

**Extension – Employees Outside Coverage Territory.** Employee Dishonesty Coverage includes loss caused by an "employee" while temporarily outside the Coverage Territory for a period of 90 days or less.

B. **Money And Securities** – Loss of "money" and "securities" resulting directly from "theft," disappearance or destruction.

1. Separate limits apply to loss to property that is:
   a. **Inside The Premises:** Inside the "premises" or a "banking premises."
   b. **Outside The Premises:** Outside the "premises" while in the care and custody of:
      (1) A "messenger"; or
      (2) An armored motor vehicle company.
2. **Extensions:**
   a. **Containers** – We will pay for loss of, or loss from damage to, "containers" resulting directly from actual or attempted:
      (1) "Theft" of; or
      (2) Unlawful entry into those "containers."



Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1994
Copyright, 1992, Maryland Casualty Company, as to additional text and revisions

7. **War And Similar Actions** – Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

B. **Applicable Only to Employee Dishonesty Coverage:**

We will not pay for:

1. **Employee Cancelled Under Prior Insurance** – Loss caused by any "employee" for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

2. **Inventory Shortages** – Loss as to which the proof of its existence or amount is dependent upon:

   a. An inventory computation; or

   b. A profit and loss computation.

C. **Applicable Only to Money And Securities Coverage:**

We will not pay for:

1. **Accounting Or Arithmetical Errors Or Omissions** – Loss resulting from accounting or arithmetical errors or omissions.

2. **Exchanges Or Purchases** – Loss resulting from the giving or surrendering of property in any exchange or purchase.

3. **Fire** – Loss from damage to the "premises" resulting from fire, however caused.

4. **Money Operated Devices** – Loss of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

5. **Transfer Or Surrender Of Property** –

   a. Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

      (1) On the basis of unauthorized instructions; or

      (2) As a result of a threat to do bodily harm to any person or damage to any property.

   b. But this exclusion does not apply to loss of property while in the care and custody of a "messenger" if you:

      (1) Did not know of any threat at the time the conveyance began; or

      (2) Did know of a threat at the time the conveyance began, but the loss had nothing to do with that threat.

6. **Vandalism** – Loss from damage to the "premises," its exterior, or "containers" by vandalism or malicious mischief.

D. **Applicable Only to Unauthorized Business Card Use Coverage:**

We will not pay for:

**Personal Credit Cards** – Loss resulting from the use of any credit, debit or charge card issued in the name of anyone other than you, whether or not customarily used in your business.

III. **LIMITS OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance for each Coverage shown in the Declarations.

IV. **DEDUCTIBLE**

We will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**Multiple Deductibles.** More than one Deductible may apply to loss or damage arising out of a single "occurrence" covered by this Coverage Part. If so, we will not deduct more from the entire amount of loss or damage than the largest Deductible applying to the "occurrence."

V. **CRIME CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions, except as noted:

A. **Consolidation – Merger** –

1. Subject to paragraph 2. below, through consolidation or merger with, or purchase of assets of, some other entity:

   a. Any additional persons become "employees"; or

b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

F. **Non-Accumulation Of Limit Of Insurance** – Regardless of the number of years this insurance remains in force or the number of premiums paid, the Limits of Insurance do not accumulate from year to year or period to period.

G. **Ownership Of Property; Interests Covered** – The property covered under this insurance is limited to property:

1. That you own or hold; or
2. For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

H. **Records** – You must keep records of all property so that we can verify the amount of any loss.

I. **Recoveries** –

1. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:
   a. To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible amount, if any;
   b. Then to us, until we are reimbursed for the settlement made;
   c. Then to you for any remainder.
2. Recoveries do not include any recovery:
   a. From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or
   b. Of original "securities" after duplicates of them have been issued.

J. **Valuation – Settlement** – We will determine the value of:

1. "Money" at its face value. At our option, we may value "money" issued by any country other than the United States of America in the US dollar equivalent determined by the rate of exchange on the day the loss was discovered.
2. "Securities" at their value on the close of business on the day the loss was discovered. At our option, we may:
   a. Replace the "securities" in kind. If we do, you must assign to us all your rights, title and interest in and to those "securities"; or
   b. Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities." But we won't pay more than the cost of a bond having a penalty of the lesser of:
      (1) The value of the "securities" at the close of business on the day the loss was discovered; or
      (2) The Limit of Insurance.
3. "Property other than money and securities" at its actual cash value on the day the loss was discovered. At our option, we may pay the cost of:
   a. Repairing the property; or
   b. Replacing the property with other property of comparable kind and quality.

K. **Applicable Only to Employee Dishonesty Coverage – Cancellation As To Any Employee** – Employee Dishonesty Coverage is cancelled as to any "employee":

1. Immediately upon discovery by:
   a. You; or
   b. Any of your partners, officers or directors not in collusion with the "employee"

   of any prior dishonest act committed by that "employee" whether before or after becoming employed by you.
2. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing.

   The mailing of notice to you at the last known address will be sufficient proof of notice. Delivery of notice is the same as mailing.

L. **Applicable Only to Forgery Or Alteration Coverage** –

1. **Facsimile Signature** – We will treat mechanically reproduced facsimile sig–

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION FOR SOFTWARE AND DATA-RELATED LOSSES

This endorsement modifies provisions in the following forms:

COMMERCIAL PROPERTY COVERAGE PART

**The following additional exclusion supersedes any policy provision to the contrary.**

1. Except as specifically provided for in 2. of this endorsement, we will not pay for any **Software Loss**. This exclusion does not apply if **the Software Loss** results solely from direct physical loss of, or direct physical damage to, the equipment, hardware, media or device on which the program, computer software or operating systems, programming instructions, or data are transported, processed or contained.

   **Software Loss** means loss of or damage to any program(s), computer software or operating system(s), programming instruction(s) or data arising out of or resulting from any failure, malfunction, deficiency, fault, **Virus**, deletion or corruption. **Software loss** includes, but is not limited to, loss or damage resulting from any authorized or unauthorized access in, of or to any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, any program, computer software or operating systems, programming instructions or data.

2. This exclusion does not apply to direct physical loss or direct physical damage to tangible property that results from a **Software Loss**. For the purposes of this endorsement, program(s), computer software or operating system(s), programming instruction(s) and data are not tangible property.

3. **Virus** means software, data or code that affects the operation or functionality of any computer, communication system, file server, networking equipment, computer system, computer hardware, data processing equipment, computer memory, microchip, microprocessor (computer chip), integrated circuit or similar device in computer equipment, program, computer software or operating systems, programming instructions or data including, but not limited to, any destructive program, computer code, computer virus, worm, logic bomb, denial of service attack, smurf attack, vandalism, Trojan Horse or any other data introduced into any electronic system causing deletion, destruction, degradation, corruption, malfunction or compromise to your data, software or electronic business systems.

**All other terms, conditions and limitations of this Policy remain unchanged.**



Copyright, ISO Insurance Services, Inc., with its permission
Copyright, Insurance Services Office, Inc., 2000
Copyright, Maryland Casualty Company as to additional text and revisions

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL PROPERTY CHANGES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

I. In **Section I. COVERED PROPERTY**, the first sentence of Paragraph **A. Building** is amended as follows:

A. **Building**, meaning buildings and structures at a "described premises".

II. In **Section IV. LOSS CONDITIONS**, Paragraph **J.2. Penalty For Underinsurance** does not apply.

 Copyright, 1999, Maryland Casualty Company 

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MEDICAL PROFESSIONAL EQUIPMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Paragraph **Q., Tools and Equipment, Including Communication Devices** under **COVERAGE SECTION I. COVERED PROPERTY** is replaced by the following:

**Q. Medical Professional Equipment**

1. This Coverage applies to the following Personal Property located anywhere in the Coverage Territory:
   a. Your equipment, supplies and books usual to the medical, dental, optometric or veterinary profession;
   b. similar property you own, owned by your employees or for which you may be legally liable; and
   c. Mobile equipment not permanently installed in a vehicle.
2. This Coverage does not include:
   a. Automobiles, motor trucks, tractors, trailers or other vehicles designed and principally used for highway transportation;
   b. Aircraft or watercraft, or property while airborne or waterborne;
   c. Property located underground;
   d. Radium; or
   e. Contraband, or property in the course of illegal transportation or trade.

The most we will pay for loss of or damage to any item under this Coverage is $2500, unless the item is scheduled along with a higher limit in the Declarations of this policy.

The following exclusion in **EXCLUSIONS** (Section II.A.) does not apply to this coverage:

Exclusion **1.b.** Earth Movement.

**Extension – Newly Acquired Equipment.**

If you acquire new medical, dental, optometric or veterinary equipment during the Policy Period of a type already covered in this policy by this Coverage, we will automatically cover that property up to 180 days, but not beyond the end of the policy period. The most we will pay in any one occurrence under this extension is $250,000. You must notify us within 180 days of the acquisition of the property. We will charge additional premium from the date of acquisition.

**Insurance to Value.** All owned property included in this Coverage must be insured for at least 80% of its value at the time of loss or damage. If it is not, you will incur a penalty. The penalty is that we will only pay the proportion of the loss or damage that the Limit of Insurance for this Coverage bears to 80% of the value of the owned property at the time of loss or damage.

Paragraph **a., Tools and Equipment, Including Communication Devices** under **COVERAGE SECTION II. COVERED CAUSES OF LOSS, A. EXCLUSIONS, 4. Special Exclusions** is replaced by the following:

a. **Medical Professional Equipment**

   We will not pay for any loss or damage caused by or resulting from:

   **(1)** Exposure to light; breakage of tubes, bulbs, lamps or articles made largely of glass (except lenses).

   But we will pay for such loss caused directly by fire, lightning, explosion, windstorm,



Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright Insurance Services Office, Inc. 1994
Copyright, Zurich American Insurance Company, as to additional text and revisions, 2002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. In the **COMMERCIAL PROPERTY CONDITIONS**, Section **IV. LOSS CONDITIONS**, Paragraph **B. Appraisal** of the Building and Personal Property Coverage Form is replaced by the following:

B. **Appraisal** – If we and you disagree on the value of the property or the amount of loss, either may make a written demand for the appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

You and we must notify the other of the appraiser selection within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

1. Pay its chosen appraiser; and
2. Bear the other expenses of the appraisal and umpire equally.

B. In the **COMMERCIAL PROPERTY CONDITIONS**, Section **IV. LOSS CONDITIONS**, Paragraph **I. Vacancy** of the Building and Personal Property Coverage Form is replaced by the following:

I. **Vacancy and Unoccupancy**

1. If the building where the loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.
2. If the building where the loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:
   a. We will not pay for any loss or damage caused by any of the following even if they are a Covered Cause of Loss:
      (1) Vandalism;
      (2) Sprinkler leakage, unless you have protected the system against freezing;
      (3) Building glass breakage;
      (4) Water damage;
      (5) Theft; or
      (6) Attempted theft.
   b. With respect to Covered Causes of Loss other than those listed in **2.a.(1)** through **2.a.(6)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **I.1.** above apply.
3. With respect to **I.2.** above, when this policy is issued to a tenant, and with respect to the tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

Includes copyrighted material of ISO Commercial Risk Services, Inc. with its permission
Copyright 1999, ISO Commercial Risk Services, Inc.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GLASS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Under **COVERAGE** Section I. **COVERED PROPERTY**, Paragraph E. **Personal Property**, the following is added to Subparagraph 1.:

e. Building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or you must be legally responsible to insure the glass under the terms of your lease.

Under **COVERAGE** Section II. **COVERED CAUSES OF LOSS**, Paragraph **B. LIMITATIONS**, Subparagraph 2. is replaced by the following:

2. We will not pay more for loss or damage to glass that is part of a building or structure than $1000 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver or shutter. We will not pay more than $2000 for all loss of or damage to building glass that occurs at one time.

   This limitation does not apply:

   a. To loss or damage by the "specified causes of loss", except vandalism; or

   b. If Full Glass Breakage is shown as "Included" for the "described premises" in the Declarations.

   Full Glass Breakage does not apply to stained glass or art glass.



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

438

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# RHODE ISLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

A. When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. The last sentence of the **Appraisal** Loss Condition does not apply.

C. The following is added to the **Appraisal** Loss Condition:

1. You and we must notify the other of the appraiser selection within 20 days of the written demand for appraisal.
2. If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

D. **Vacancy And Unoccupancy Loss Condition**

1. For insurance provided under the Building And Personal Property Coverage Form, the Condominium Association Coverage Form, or the Condominium Commercial Unit-Owners Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

a. If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

b. If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **a.** above apply.

c. With respect to Section **1.b.**, above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. A building is vacant when it does not contain enough business personal property to conduct customary operations.

e. Buildings under construction or renovation are not considered vacant.

440

But with respect to (1) and (3) above, we will pay if the building is "unoccupied" due to circumstances that are usual or incidental to the described occupancy.

b. With respect to a.(1) and a.(3) above, this condition does not apply if the Vacancy Permit Endorsement is attached.

c. With respect to a.(1) and a.(3) above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. Buildings under construction or renovation are not considered "vacant" or "unoccupied".

E. The following is added:

No provision, stipulation or forfeiture will be held to be waived by any requirement or proceeding on our part relating to appraisal or to any examination provided for in this policy.

F. The following is added when this Coverage Part applies to loss or damage to Buildings by fire or explosion, other than owner-occupied 1- to 4-family dwellings:

1. We will not pay for a loss that is more than $10,000 unless we receive from you a certificate issued by the taxing jurisdiction official that shows:

   a. That no lien exists for the benefit of the taxing jurisdiction; or

   b. The amount of any such lien that exists;

   against the building or structure.

   The $10,000 limit shown above may be adjusted yearly for inflation by the Insurance Department.

2. Under the following conditions, we will put our payment for loss or damage into an interest-bearing escrow account:

   a. The taxing jurisdiction official certifies that a lien exists. We will not put more than the amount of that lien into the account.

   b. You do not receive a certificate from the taxing jurisdiction official within 30 days after you file a statement of loss with us. In this case, we will put the entire loss payment into the account.

3. But, if you can prove to us that:

   a. You have requested the certificate by certified mail; and

   b. The taxing jurisdiction official has not provided it to you within 15 days after your request;

   we will make our payment directly to you as soon as possible.

4. Also, if the taxing authority certifies that it has received proof that you will repair or rebuild on the same premises where the loss or damage occurred, we can then pay you directly for the loss or damage.

G. The **Legal Action Against Us** Commercial Property Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

1. No one may bring a legal action against us under this Coverage Part unless there has been full compliance with all of the terms of this Coverage Part.

2. Subject to Paragraph 1. above, any action on this policy for the recovery of any claim for direct loss or damage by fire and lightning must be brought within 2 years after the date on which such direct loss or damage occurred.

H. The following is added to the **Mortgageholders** Condition and supercedes any provision to the contrary:

The Mortgagee shall not be entitled to payment of a claim under this policy for loss or damage to a covered building when such loss or damage is less than $3,500, and for which said Mortgagee is otherwise entitled to payment, unless no liability exists as to the mortgagor.

441

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# COMMERCIAL GENERAL LIABILITY DECLARATIONS
# PRECISION AMERICA
# OFFICE PROGRAM

This coverage part consists of this declarations form, the common policy conditions, and the coverage forms and endorsements indicated as applicable on the forms list.

## COVERAGES AND LIMITS OF INSURANCE

Some of these coverages are sublimits or are subject to aggregate limits. Refer to your policy to determine how they apply.

| | |
|---|---|
| GENERAL AGGREGATE | $2,000,000 |
| PRODUCTS AND COMPLETED OPERATIONS AGGREGATE | $2,000,000 |
| EACH OCCURRENCE | $1,000,000 |
| TENANTS LEGAL LIABILITY | $1,000,000 |
| MEDICAL EXPENSES - EACH PERSON | $ 10,000 |
| PERSONAL INJURY AND ADVERTISING INJURY | $1,000,000 |

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

443

BRANCH S4 HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# COMMERCIAL GENERAL LIABILITY SCHEDULE
# PRECISION AMERICA

| LOC # | CLASS CODE | LOCATION ADDRESS (IF APPLICABLE) CLASSIFICATION NAME | RATING BASIS | ANNUAL EXPOSURE |
|---|---|---|---|---|
| 01 | | 386 ATWELLS AVENUE<br>PROVIDENCE RI<br>ZIP CODE: 02909 | | |
| | 80111 | MEDICAL OFFICES | NOT APPLICABLE | INCLUDED |

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under **SECTION II – WHO IS AN INSURED.**

Other words and phrases that appear in quotation marks have special meaning. Refer to **SECTION V –DEFINITIONS.**

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form.

**QUICK REFERENCE**

| SECTION OF THIS FORM | BEGINS ON PAGE |
|---|---|
| Section I – Coverages | 1 |
| Coverage A. Bodily Injury and Property Damage Liability | 1 |
| Coverage B. Personal and Advertising Injury Liability | 6 |
| Coverage C. Medical Expenses | 7 |
| Supplementary Payments – Coverages A and B | 7 |
| Section II – Who Is An Insured | 8 |
| Section III – Limits of Insurance | 10 |
| Section IV – Commercial General Liability Conditions | 11 |
| Section V – Definitions | 13 |
| Section VI – Broad Form Nuclear Exclusion | 16 |

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE**; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1997
Copyright 1999, Maryland Casualty Company as to additional text and revisions

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible;

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the opera-

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office, Inc., 1997
Copyright 1999 Maryland Casualty Company as to additional text and revisions

448

to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Tenants Legal Liability as described in **SECTION III – LIMITS OF INSURANCE.**

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products–completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products–completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Professional**

(1) "Bodily injury" or "property damage" arising out of the rendering or failure to render any professional service, including but not limited to:

(a) Accounting, advertising, architectural, drafting, engineering, financial, insurance or legal services, advice and instruction;

(b) Medical, cosmetic, dental, ear piercing, hair dressing, massage, physical therapy, veterinary, nursing, surgical or x–ray services, advice and instruction;

(c) Use of any tanning booth, tanning bed, tanning equipment or tanning device;

(d) Laboratory operations or services, whether medical or not; and

(e) Services performed as a funeral director or as an operator of a cemetery; and

(f) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming.

(2) This exclusion does not apply to:

(a) Pharmacological services if:

(i) You do business as a retail drug store and do not manufacture or compound in bulk pharmaceuticals for sale by others; and

(ii) The "bodily injury" or "property damage" is not caused by the willful violation of a penal statute or ordinance relating to the sale of phar–

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office, Inc., 1997
Copyright 1999, Maryland Casualty Company, as to additional text and revisions

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C. MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within three years of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. The cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.


Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1997
Copyright 1999, Maryland Casualty Company, as to additional text and revisions

Your subsidiaries, and subsidiaries of subsidiaries, are insureds if:

(1) They are legally incorporated entities; and

(2) You own more than 50% of the voting stock in them as of the effective date of this policy.

If such subsidiaries are not shown in the Declarations, you must report them to us within 180 days of the inception of this policy.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

e. Any person or organization with whom you agree, because of a written contract, to provide insurance such as is afforded under this policy, but only with respect to liability arising out of your operations, "your work" or facilities owned or used by you.

This provision does not apply:

(1) To any vendor, concessionaire, lessor of leased equipment, grantor of a franchise, engineer, architect or surveyor; or

(2) Unless the contract has been signed prior to the date of "bodily injury", "property damage", or "personal or advertising injury".

f. Any person or organization to whom you are obligated by virtue of a written "insured contract" to provide insurance such as is afforded by this policy, but only with respect to liability arising out of the ownership, maintenance, or use of that part of any premises leased to you. This does not apply to:

(1) Any "occurrence" that takes place after you cease to be a tenant on those premises.

(2) Structural alterations, new construction or demolition operations performed by or on behalf of such insured.



Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office, Inc., 1997
Copyright, 1999, Maryland Casualty Company, as to additional text and revisions

Coverage A for damages because of "property damage" to any one premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or "offense" took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

   e. Knowledge of "occurrence", claim or "suit" by an agent, servant or "employee" of an insured (other than an officer or partner) does not imply knowledge by the insured unless the insured has received notice from the agent, servant or "employee".

   f. Failure by an agent, servant or "employee" of an insured (other than an "executive officer", manager or partner) to notify us of an "occurrence" will not be considered an failure to comply with paragraphs a. and b. above.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Motor Vehicle Laws**


Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright Insurance Services Office Inc. 1997
Copyright, 1999 Maryland Casualty Company, as to additional text and revisions

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

7. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

8. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

9. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

This condition does not apply to Coverage C. Medical Expenses.

10. **Unintentional Errors And Omissions**

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this Coverage Part will not invalidate or affect coverage for those premises or operations. But you must report such error or omission to us as soon as practicable after its discovery.

11. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the non-renewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death resulting from bodily injury, sickness or disease.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in **a.** above; or

(b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 199[illegible]
Copyright 1999 Maryland Casualty Company as to additional text and revisions

that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment with a gross vehicle weight of 1000 lbs. or more and designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. Misappropriation of advertising ideas or style of doing business; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office Inc. 1997
Copyright, 1999, Maryland Casualty Company, as to additional text and revisions

1. Under any Liability Coverage, to "bodily injury" or "property damage":

   a. With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limits of liability; or

   b. Resulting from the "hazardous properties" of "nuclear material" and with respect to which (1) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (2) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2. Under any Medical Expenses coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

   a. The "nuclear material" (1) is at any nuclear facility owned by, or operated by or on behalf of, an insured, or (2) has been discharged or dispersed therefrom;

   b. The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of any insured; or

   c. The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (c) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material," "special nuclear material," and "by-product material," which have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor";

"Waste" means any waste material (1) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (2) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

a. Any "nuclear reactor";

b. Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1997
Copyright, 1999, Maryland Casualty Company, as to additional text and revisions

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ELECTRONIC DATA LIABILITY AMENDMENT ENDORSEMENT

This endorsement modifies provisions in the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. Paragraphs d. & e. of the definition of "personal and advertising injury" in **SECTION V – DEFINITIONS** are deleted and replaced by the following:

   d. Publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

   e. Publication, in any manner, of material that violates a person's right of privacy.

2. In **SECTION V – DEFINITIONS** paragraphs 1., 4. and 17. are deleted and replaced by the following:

   1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

      a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

      b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

   4. "Coverage territory" means:

      a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

      b. International waters or airspace, but only if the injury or damages occurs in the course of travel or transportation between any places in a. above; or

      c. All other parts of the world if the injury or damage arises out of :

         (1) Goods or products made or sold by you in the territory described in a. above;

         (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

         (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

      provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

   17. "Property damage" means:

      a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

      b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

      For the purposes of this insurance, "electronic data" is not tangible property.



Includes copyright material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1997, 2000
Copyright, 2001, Zurich American Insurance Company as to additional text and revisions

463
POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion i. under Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", howevercaused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability**:

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions of Section I - Coverage C - Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions of Section I - Coverage C - Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A**.


Copyright, ISO Properties, Inc., 2002

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PREMIUM AUDIT WAIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In **Section IV, COMMERCIAL GENERAL LIABILITY CONDITIONS**, Paragraph **6. Premium Audit** does not apply.


Copyright, 1999, Maryland Casualty Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY

This endorsement modifies provisions in the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence" , offense or claim, the Limits of Insurance under all the Coverage Forms or policies applicable to such "occurrence", offense or claim shall not exceed the highest applicable Limits of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or affiliated company specifically to apply as excess insurance over this Coverage Form.

Includes copyright material of Insurance Services Office, Inc.
Copyright, Insurance Services Office, Inc., 1994, 1997

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ABSOLUTE ASBESTOS EXCLUSION

This endorsement modifies insurance provided under coverage parts or coverage forms as designated below. This endorsement contains two sections and each section pertains to different coverage parts or coverage forms. Please compare the coverage parts listed on the Declarations page with the coverage parts referenced in both Section 1 and 2 of this endorsement to determine the applicability of each section. PLEASE READ THIS ENTIRE ENDORSEMENT CAREFULLY.

1. This section applies to the following:

   - Commercial General Liability Coverage Part
   - Owners and Contractors Protective Liability Coverage Part
   - Products/Completed Operations Liability Coverage Part
   - Farm Liability Coverage Form (this form is contained within the Farm Coverage Part)

   Notwithstanding any other provision of this policy, the insurance provided by any of the above does not apply to any of the following:

   a. "Bodily injury," "personal injury" or "property damage" arising out of or relating in any way to asbestos; or

   b. Any claim, "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity pay, repay or reimburse sums expended or to be expended to test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

   c. Any claim, "suit" or proceeding arising out of or relating in any way to any demand, requirement, order, direction, determination or request that you or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

   d. Any sums that you become legally obligated to pay as damages because of the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos; or

   e. Any loss, cost or expense arising out of or relating in any way to asbestos.

2. This section applies to the following:

   - Commercial Property Coverage Part
   - Farm Property Coverage Form (this form is contained within the Farm Coverage Part)

   Notwithstanding any other provision of this policy, the insurance provided by any of the above does not apply to any of the following:

   a. Any physical loss or damage caused by or resulting from asbestos, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage; or

   b. Any demand, requirement, order, direction, determination, or request that you or any other entity pay, repay or reimburse sums expended or to be expended to test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

   c. Any demand, requirement, order, direction, determination, or request that you or any other entity test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

   d. Any sums that you become legally obligated to pay because of the actual, alleged or threatened discharge, dispersal,

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

 Copyright, Insurance Services Office, Inc., 1998 

470

ZURICH

# Fungi Or Bacteria Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| PAS 00223943 | 11/01/2004 | 11/01/2005 | | 02335644 | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to **paragraph 2. Exclusions of Section I. – Coverage A – Bodily Injury And Property Damage Liability** and paragraph **2. Exclusions of Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

A. "Bodily injury", "property damage" or "personal and advertising injury " caused directly or indirectly by the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any:

1. "Fungi"or "bacteria"; or

2. Substance, vapor or gas produced by or arising out of any "fungi" or "bacteria".

B. Loss, costs or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

C. For the purposes of this exclusion, the following definitions are added:

1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, "spores", scents or by-products produced or released by fungi.

2. "Spores" means reproductive bodies produced by or arising out of "fungi".

3. "Bacteria" means any type or form of bacteria and any materials or substances that are produced or released by bacteria.

This exclusion does not apply to any "fungi"or "bacteria" that are, are on, or are contained in, an edible good or edible product intended for human or animal consumption.

471



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 Copyright, Insurance Services Office, Inc., 1997 

472

COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PERSONAL AND ADVERTISING INJURY REDEFINED

This endorsement modifies provisions in the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

1. Paragraph f. of the definition of personal and advertising injury in **SECTION V – DEFINITIONS** is deleted and replaced by the following:
   f. The use of another's advertising idea in your "advertisement"; or



Includes copyright material of ISO Properties, Inc with its permission
Copyright, ISO Properties, Inc, 2000
Copyright, 2004, Zurich American Insurance Insurance Company as to additional text and revisions

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

473

BRANCH HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# FORMS AND ENDORSEMENTS APPLICABLE
# PRECISION AMERICA
# MARYLAND CASUALTY COMPANY

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|---|---|---|---|---|---|---|
| * | 9S5087 | 1003 | | | | | NOTICE TO OUR CUSTOMERS VIRTUAL CONSULTING REPORT |
| * | 740278 | 0502 | | | | | OFFICE JACKET |
| * | 9S5217 | 0501 | | | | | POLICY COVER PAGE - MARYLAND CASUALTY COMPANY |
| * | 9S5014 | 0300 | | | | | POLICY INDEX - PROPERTY AND LIABILITY COVERAGE PARTS |
| * | 9S5007 | 0902 | | | | | COMMON POLICY DECLARATIONS |
| * | 9S5008 | 0300 | | | | | COMMON SUPPLEMENTAL DECLARATIONS |
| * | 9S5008 | 0300 | X | | | | SUPPLEMENTAL DECLARATIONS |
| * | IL0017 | 1198 | | | | | COMMON POLICY CONDITIONS |
| * | IL0273 | 0304 | X | | | | RHODE ISLAND CHANGES - CANCELLATION AND NONRENEWAL |
| * | IL0128 | 0702 | | X | | | RHODE ISLAND CHANGES - PREJUDGEMENT INTEREST |
| * | IL0197 | 0702 | | X | | | RHODE ISLAND CHANGES |
| * | 9S1043 | 1102 | X | | | | RHODE ISLAND CHANGES |
| * | 9S1016 | 0300 | X | | | | PROPERTY DECLARATION |
| * | 9S1017 | 0601 | X | | | | BUILDING AND PERSONAL PROPERTY SCHEDULE |
| * | 9S1001 | 0499 | X | | | | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.

COMMON

475

| BILL | POLICY NUMBER | TC | PRODUCER NUMBER | AC | ACCOUNT NUMBER | AUDIT |
|---|---|---|---|---|---|---|
| D | PAS 00223943 | | 02335644 | 150 | M015388640-001-00001 | NONE |

BRANCH HARTFORD EAST RP EFF 10/31/2005

ZURICH

# PRECISION PORTFOLIO POLICY
# FORMS AND ENDORSEMENTS APPLICABLE
# PRECISION AMERICA
# MARYLAND CASUALTY COMPANY
(CONTINUED)

| | FORM NUMBER | | PROP | LIAB | AUTO | UMB | FORM OR ENDORSEMENT NAME |
|---|---|---|---|---|---|---|---|
| * | CG0057 | 0999 | | X | | | AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE |
| * | U-GL-1171-A-CW | 0703 | | X | | | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| * | CG2147 | 0798 | | X | | | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| * | IL0021 | 0702 | | X | | | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

* These forms are attached. Remaining forms were attached to a previous copy of the policy.