382

ZURICH

# MARYLAND CASUALTY COMPANY

ADMINISTRATIVE OFFICES
1400 AMERICAN LANE
SCHAUMBURG, ILLINOIS 60196

# PRECISION PORTFOLIO POLICY

For

DR BARRY SHAH
386 ATWELLS AVENUE
PROVIDENCE RI 02909

By

CAPUANO, W. A., INC.
1020 PARK AVE
CRANSTON RI 02910-3227

In witness whereof, the MARYLAND CASUALTY COMPANY, a stock company, has caused this policy to be signed by its President and its Secretary at Baltimore, Maryland, and countersigned on the declarations page by a duly authorized representative of the Company.

President Secretary

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases in quotation marks have special meaning. Refer to the DEFINITIONS section of this form.

Coverage provided by this form is also subject to all the Conditions in the COMMON POLICY CONDITIONS form.

---

QUICK REFERENCE


| SECTION OF THIS FORM | BEGINS ON PAGE |
|---|---|
| Coverage | 1 |
| Covered Property | 1 |
| Covered Causes of Loss | 7 |
| Additional Coverages | 13 |
| Limits of Insurance | 18 |
| Deductible | 18 |
| Commercial Property Conditions | 18 |
| Loss Conditions | 18 |
| General Conditions | 22 |
| Definitions | 24 |


---

## COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

### I. COVERED PROPERTY

The following items are Covered Property in this policy if shown in the Declarations along with a Limit of Insurance.

A. **Building**, meaning buildings and structures scheduled in the Declarations at a "described premises".

B. The following property if within 1000 feet of the "described premises":

1. Completed additions;
2. Permanently installed fixtures, machinery and equipment;
3. Indoor and outdoor equipment and other personal property used to maintain or service the "described premises";
4. Unless covered by other insurance:

   (a) Incomplete additions and their component parts; and

   (b) Materials, equipment, supplies and temporary structures to be used in completing those additions.

C. However, Covered Property does not include:

1. Land, water, growing crops, bridges, unattached retaining walls, patios or paved surfaces;



Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions

411

b. $2500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. $250 for stamps, letters of credit and tickets, including lottery tickets held for sale.

5. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

6. We will not pay the cost of excavations.

## III. ADDITIONAL COVERAGES

The following Additional Coverages apply only if they are indicated in the Declarations:

A. **Business Income and Extra Expense** – We will pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" during the "period of restoration," but not to exceed 12 consecutive months. The suspension must be caused by direct physical loss of or damage to property at the "described premises," including personal property in the open, or in a vehicle, within 1000 feet, caused by or resulting from a Covered Cause of Loss.

We will also pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to such property caused by or resulting from a Covered Cause of Loss.

This Additional Coverage is not subject to the Limits of Insurance, except for the Newly Acquired Properties Extension.

**Extensions:**

1. **Business Income From Dependent Properties** – We will also pay for the actual loss of "business income" you sustain due to the necessary suspension of "operations" caused by direct physical loss of or damage by a Covered Cause of Loss to "dependent property" at a premises you do not own, lease or operate.

   a. We will only pay for loss of "business income" that occurs within the lesser of:

      (1) The "period of restoration" at the "dependent property" where the direct loss or damage occurs; or

      (2) 30 days.

   b. We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations", in whole or in part, by using any other available:

      (1) Source of materials; or

      (2) Outlet for your products.

2. **Newly Acquired Properties** – We will pay for the actual loss of "business income" and "extra expense" you sustain due to the necessary suspension of "operations" during the "period of restoration" caused by direct physical loss or damage by a Covered Cause of Loss to your property at newly acquired buildings, including personal property in the open, or in a vehicle, within 1000 feet. But this Coverage ends for each newly acquired location upon the earlier of:

   a. The expiration of this policy;

   b. The day you report the new property to us; or

   c. The 180th day after you acquire the property or begin the construction.

   We will pay up to the Limit for this Extension shown in the Declarations.

3. **Extended Period of Indemnity** – We will pay for the actual loss of "business income" you sustain due to the impairment of "operations" during the period that:


Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1995
Copyright, 1998, Maryland Casualty Company, as to additional text and revisions