# Michael Realty

To Whom It May Concern:

The purpose of this paper is to determine a fair market rental value for the rental of the building located at 386 Atwells Avenue, Providence, RI 02909. As described by Peter Scotti & Associates in their appraisal of the property in February, 2004, the building has two floors above grade for a total of 3200 square feet and a finished basement of 1600 square feet. Thus, the total amount of rental office space would be 4,800 square feet. Scotti & Associates have determined that the highest and best use of the building would be for medical offices.

The building is located in the Federal Hill section of Providence which is well known to all in Rhode Island and Massachusetts. Easily accessible from both route 95 and the 6-10 connector, the building is located about two miles from the following three hospitals: RI Hospital, Women & Infants Hospital and Roger William's Hospital. Miriam Hospital and Brown University Medical School are about three miles from the building.

Presently, medical offices near these hospitals are renting for about $22.75 per square foot with heat and electric included. Prior to the recent damage the building had undergone renovations and the building was in good to excellent condition for rental as medical offices. Repairs were also made to the parking areas which provide ample parking for the doctors, staff and patients.

The rental fee for this building would be assessed at $18.00 per square foot with tenants paying for utilities. This would amount to $18.00 x 4800 =$86,400.00 per year or $7,200 per month when fully rented.

Sincerely,

Al Iacobbo

1191 CENTERVILLE ROAD • WARWICK, RI 02886 • 401-822-4777 • FAX 401-828-5526