UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DR. BARRY SHAH,<br>Plaintiff,<br><br>v.<br><br>MARYLAND CASUALTY COMPANY, ZURICH-AMERICAN INSURANCE COMPANY AND ZURICH-AMERICAN INSURANCE COMPANY OF ILLINOIS,<br>Defendants. | C.A. No. 07-016 ML |

**AFFIDAVIT OF DAINA KOJELIS**

I, Daina Kojelis, affirm as follows:

1. I am currently employed as corporate legal counsel for Zurich American Insurance Company.

2. I have reviewed and am familiar with the above-captioned matter.

3. Prior to December 21, 2004, Maryland Casualty Company (hereinafter "MCC") issued to Dr. Barry Shah a policy of Insurance (hereinafter "Policy"), bearing Policy number PAS 00223943, relative to certain property located owned by Dr. Shah and located at 386 Atwells Avenue, Providence, Rhode Island (hereinafter "Property"). The Policy included both Commercial Liability Coverage, as well as Building and Personal Property Coverage.

4. The Policy was in effect from November 1, 2004 to November 1, 2005.

5. As a part of this civil litigation, Dr. Shah has named MCC, Zurich American Insurance Company and Zurich-American Insurance Company of Illinois as party defendants.

6. Neither Zurich American Insurance Company nor Zurich-American Insurance Company of Illinois issued the above-noted Policy.

7. MCC is a wholly owned subsidiary of Zurich American Insurance Company.

8. Zurich-American Insurance Company of Illinois is a wholly owned subsidiary of Zurich American Insurance Company.

9. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc.

10. Zurich Holding Company of America, Inc. is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss corporation.

11. Zurich Insurance Company is a wholly owned subsidiary of Zurich Holding Group, a Swiss corporation.

12. Zurich Holding Group is owned 43% by Allied Zurich p.l.c. and 57% by Zurich Financial Services.

13. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services.

14. Subsidiaries of Zurich American Insurance Company are permitted to refer to the "Zurich" name and logo as a method of referring to all of the insurance companies owned by Zurich American Insurance Company and Zurich-American Insurance Company of Illinois.

15. All insurance policies issued by companies owned by Zurich American Insurance Company clearly state which company owned by Zurich American Insurance Company is the actual issuing company for the particular policy.

16. MCC is its own separate company actively engaged in the business of issuing insurance policies.

17. MCC is, and was at the time the Policy was issued, authorized to conduct business in the State of Rhode Island and is licensed by the Department of Business Regulation to conduct business in the State of Rhode Island as a property and casualty insurance company.

18. The Policy of insurance and endorsements thereto under which Plaintiff makes his claim were issued by MCC.

19. The cover page of the Policy shows the MCC name in capitol letters, followed by the address for its administrative offices, in the upper center portion of the page.

20. The cover page further notes that the Policy is for Dr. Barry Shah and lists an address of 386 Atwells Avenue, Providence, Rhode Island.

21. The cover page notes that the Policy was issued by MCC through local agent, W.A. Capuano, Inc.

22. On the Common Declarations Page for the Policy, MCC's full name similarly appears in all capital letters in the upper center portion of the page.

23. Additionally, the MCC name appears in the title portion of the schedule of forms and endorsements applicable to the Policy.

24. The "Zurich" name and emblem appear in the upper right-hand corner of the cover page, declarations pages, schedule of forms and endorsements and the Fungi or Bacteria Exclusion Endorsement (Form U-GL-1171-A-CV (7/03)).

*Signed under the pains and penalties of perjury this 31st day of October, 2007.*

Daina Kojelis

Sworn and subscribed before me on this 31st day of October, 2007.

Notary Public
My commission expires: 02/24/10

OFFICIAL SEAL
DEBRA L STOLPE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/24/10