UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

Dr. Barry Shah
Plaintiff

vs. C.A. No.: 07-016 ML

Maryland Casualty Company;
Zurich-American Insurance Company; and
Zurich-American Insurance Company
of Illinois

Defendants

---

**PLAINTIFF'S RULE 12.1 STATEMENT OF DISPUTED AND/OR UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 12.1 of the District of Rhode Island, plaintiff Dr. Barry Shah hereby submits the following statement of disputed and/or undisputed material facts in conjunction with his objection to defendant's motion for partial summary judgment and memorandum of law in support thereof, filed on even date herewith.

Plaintiff, Dr. Barry Shah
By and through his Counsel
/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. #4995
Mlepizzera@lldlawyers.com
/s/ Christian C. Potter
Christian C. Potter, #5359
Cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

**CERTIFICATION**

I certify that on this 19th day of November, 2007 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Dana Horton #6251.
dhorton@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8295 (Telephone)
(860) 275-8299 (Facsimile)

/s/ Christian C. Potter

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dr. Barry Shah
Plaintiff

vs. C.A. No.: 07-016 ML

Maryland Casualty Company;
Zurich-American Insurance Company; and
Zurich-American Insurance Company
of Illinois

Defendants

**PLAINTIFF'S RULE 12.1 STATEMENT OF DISPUTED AND/OR UNDISPUTED MATERIAL FACTS**

The plaintiff has reviewed the defendant's Rule 12.1 Statement of Material Facts that was filed in support of the defendant's motion for partial summary judgment. In response to same, the plaintiff admits that the following paragraphs of the defendant's Rule 12.1 Statement are not in dispute: **Paragraphs 1 through 13, 15,16,17,18, 19, 21,22, and 23.**

The plaintiff disputes the following paragraphs:

**Paragraph 14**: "*Plaintiff's claim for damages as alleged in Paragraph 16 of the complaint is comprised solely for the replacement value of the seven (7) pieces of equipment noted in paragraph eleven above, the storage fees associated therewith and the rental income claim noted in paragraph thirteen above*."

The plaintiff disputes this paragraph based on the allegations that are clearly set forth in his complaint. The plaintiff has, in addition to the allegations set forth in

paragraph 14, made a claim for loss of income and interruption of the medical practice. *See Plaintiff's Complaint at ¶ 16 and the affidavit of Dr. Shah at ¶ ¶ 18 & 19.*

**Paragraph 20**: "*Prior to the Loss, Plaintiff had relocated his business (medical practice) to another office located at Two Dudley Street, Providence, Rhode Island and was not seeing any patients at the Loss in the two-month period prior to the Loss.*"

The plaintiff disputes this paragraph and presents the following statement of fact: *During the period of the renovation, Dr. Shah was initially able to see patients at the property located at 386 Atwells Avenue, Providence, Rhode Island. On or about October 11, 2004, Dr. Shah stopped seeing patients at 386 Atwells Avenue, Providence, Rhode Island and starting seeing patients at the leased suite located at 2 Dudley Street, Providence, Rhode Island. Dr. Shah stopped seeing patients at 386 Atwells Avenue based on the fact that the renovation was becoming too much of an inconvenience to his patients and affecting his ability to practice medicine. Dr. Shah intended to begin seeing patients at the property located at 386 Atwells Avenue, Providence, Rhode Island once the renovation was completed. See affidavit Dr. Shah at* ¶ 11.

The Plaintiff submits the following additional statements of fact that are not in dispute:

1. In September 2004, Dr. Reza Shah and Dr. Barry Shah decided to renovate the property located at 386 Atwells Avenue, Providence, Rhode Island. The renovation started approximately in October 2004 and was scheduled to be completed in early December 2004. *See affidavit Dr. Shah at* ¶ 8.

2. The purpose of the renovation was to repair a small leak in the roof, to replace some ceiling tiles, to paint the interior, to replace the wallpaper, to replace window panes and some of the carpeting and to repave the parking lot. *See affidavit Dr. Shah at* ¶ 9.

3. Dr. Reza Shah and Dr. Barry Shah had decided to hire a company to perform the renovation based on Dr. Reza Shah's decision to retire. Once the renovation was completed, my intent was to give the landlord thirty (30) days notice and let the lease of the suite located at 2 Dudley Street, Providence Rhode Island expire. Thereafter, my intent was to practice solely at my property located at 386 Atwells Avenue, Providence, Rhode Island. *See affidavit Dr. Shah at* ¶ 10.

4. As the damage to the property was extensive, Dr. Shah was unable to reopen his medical practice in the building in January 2005 as he had intended. Dr. Shah was left with no other alternative than to continue his monthly lease of the suite located at 2 Dudley Street, Providence, Rhode Island. *See affidavit Dr. Shah at* ¶ 15.

5 The work to repair the damage to the building located at 386 Atwells Avenue, Providence, Rhode Island was not completed until more than a year later. On or about April 30, 2005, due to the delays and the failure of the insurance company to act in a timely fashion, Dr. Shah was forced to vacate the suite that he leased at 2 Dudley Street, Providence, Rhode Island. As his Property was still not ready to be occupied, he was forced to enter into a new lease for a different suite at the property located at 2 Dudley Street, Providence, Rhode Island. The new lease was a five (5) year commitment. *See affidavit Dr. Shah at* ¶ 16.

6. After an extensive investigation of Dr. Shah's claim, Maryland Casualty Company paid the amount of $286,819.78 with respect to the loss that occurred on December 21, 2004. This meant that the loss was covered under the policy referenced above. *See affidavit Dr. Shah at* ¶ 17.

7. As a result of the covered loss, Dr. Shah has incurred a major interruption in his medical practice. Further, Dr. Shah has incurred the following additional expenses: the cost of extending the lease and entering into a new five (5) year lease of the suite located at 2 Dudley Street, Providence, Rhode Island, the costs of additional utility costs from operating the property located at 2 Dudley Street, and the loss of business that resulted from Dr. Shah having to permanently move his practice from the property located at 386 Atwells Avenue, Providence, Rhode Island. *See affidavit Dr. Shah at* ¶ 18.

8. As a result of the covered loss, Dr. Shah was unable to provide outpatient surgical services that were impossible to perform at the smaller suite that he leased at 2 Dudley Street, Providence, Rhode Island. *See affidavit Dr. Shah at* ¶ 19.

9. As a result of the covered loss, Dr. Shah's gross revenues decreased from over $800,000.00 in the year 2004 to $486,090 in 2005 and $393,639 in 2006. *See affidavit Dr. Shah at* ¶ 20.

10. At all time relevant to the investigation of the claim, Dr. Shah has fully complied with the terms and conditions of the policy and Dr. Shah has also fully cooperated with the defendant's investigation of the loss. *See affidavit Dr. Shah at* ¶ 21.

Plaintiff, Dr. Barry Shah
By and through his Counsel
/s/ Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr. #4995
Mlepizzera@lldlawyers.com
/s/ Christian C. Potter
Christian C. Potter, #5359
Cpotter@lldlawyers.com
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397 (Telephone)
(401) 384-6950 (Facsimile)

**CERTIFICATION**

I certify that on this 19th day of November, 2007 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Dana Horton #6251.
dhorton@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8295 (Telephone)
(860) 275-8299 (Facsimile)

/s/ Christian C. Potter