UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dr. Barry Shah

Plaintiff
vs. C.A. No.: 07-016 ML

Maryland Casualty Company;
Zurich-American Insurance Company; and
Zurich-American Insurance Company
of Illinois

Defendants

**AFFIDAVIT OF DR BARRY SHAH**

The undersigned, being duly sworn, deposes and states as follows:

1. I, Dr. Barry Shah, am a resident of the Town of Lincoln, State of Rhode Island.

2. I have received a copy of the Defendants' motion for partial summary judgment and I am familiar with the facts of the above-referenced matter.

3. Prior to October 2004, Dr. Reza Shah was my partner in our medical practice. We operated a full medical practice at two locations. The first location was 386 Atwells Avenue, Providence, Rhode Island and the second location was a suite located at 2 Dudley Street, Providence, Rhode Island.

4. At all times relevant hereto, I was the co-owner of the property located at 386 Atwells Avenue, Providence, Rhode Island. We owned the property for a period of approximately twenty-one (21) years.

5. We leased a suite located at 2 Dudley Street, Providence, Rhode Island. The lease had terminated prior to October 2004; however, we continued the lease on a month to month basis at a rate of $3,624.50.

6. With respect to the property at 386 Atwells Avenue, Providence, Rhode Island, I operated a full fledged medical practice on the premises that included, but is not limited to (i) examining and treating patients; (ii) maintaining an administrative staff; (iii) retaining patients' medical records and (iv) keeping necessary medical equipment on site.

7. I purchased an insurance policy from Maryland Casualty Company in 2004 to insure against potential risks and losses at the property located at 386 Atwells Avenue, Providence, Rhode Island. It is my understanding that the policy number was PAS 00223943 that covered a period of time from 12:01 am on November 1, 2004 to 12:01 am on November 1, 2005.

8. In September 2004, Dr. Reza Shah and I decided to renovate the property located at 386 Atwells Avenue, Providence, Rhode Island. The renovation started approximately in October 2004 and was scheduled to be completed in early December 2004.

9. The purpose of the renovation was to repair a small leak in the roof, to replace some ceiling tiles, to paint the interior, to replace the wallpaper, to replace window panes and some of the carpeting and to repave the parking lot.

10. We had decided to hire a company to perform the renovation based on my partner's decision to retire. Once the renovation was completed, my intent was to give the landlord thirty (30) days notice of termination and to let the lease of the suite located at 2 Dudley Street, Providence Rhode Island expire. Thereafter, I would operate my medical practice solely at the property located at 386 Atwells Avenue, Providence, Rhode Island.

11. During the period of the renovation, I was initially able to see patients at the property located at 386 Atwells Avenue, Providence, Rhode Island. On or about October

11, 2004, I stopped seeing patients at 386 Atwells Avenue, Providence, Rhode Island and starting seeing patients at the leased suite located at 2 Dudley Street, Providence, Rhode Island. I stopped seeing patients at 386 Atwells Avenue based on the fact that the renovation was becoming too much of an inconvenience to my patients and affecting my ability to practice medicine. I intended to begin seeing patients at the property located at 386 Atwells Avenue, Providence, Rhode Island once the renovation was completed.

12. On or about December 21, 2004, I received a telephone call from the alarm company explaining to me that they had been contacted by the police department and informed that there was a problem at the building located on the property at 386 Atwells Avenue, Providence, Rhode Island.

13. After I arrived at the property, I found out that the property had sustained heavy water damage resulting in significant property damage to the building and the contents therein including the medical equipment that I used to practice medicine.

14. It is my understanding that the water damage was caused as a result of the pipes freezing and bursting in the building.

15. As the damage to the property was extensive, I was unable to reopen my medical practice in the building in January 2005 as I had intended. I was left with no other alternative than to continue my monthly lease of the suite located at 2 Dudley Street, Providence, Rhode Island.

16. The work to repair the damage to the building located at 386 Atwells Avenue, Providence, Rhode Island was not completed until more than a year later. On or about April 30, 2005, due to the delays and the failure of the insurance company to act in a timely fashion, I was forced to vacate the suite that I leased at 2 Dudley Street,

Providence, Rhode Island. As my Property was still not ready to be occupied, I was forced to enter into a new lease for a different suite at the property located at 2 Dudley Street, Providence, Rhode Island. The new lease was a five (5) year commitment.

17. After an extensive investigation of my claim, Maryland Casualty Company paid the amount of $286,819.78 with respect to the loss that occurred on December 21, 2004. It is my understanding that this meant that the loss was covered under the policy referenced above.

18. As a result of the covered loss, I have incurred a major interruption in my medical practice. Further, I have incurred the following additional expenses: the cost of extending the lease at the property located at 2 Dudley Street, Providence, Rhode Island, the costs of additional utility costs from operating the property located at 2 Dudley Street, and the loss of business that resulted from me having to permanently move my practice from the property located at 386 Atwells Avenue, Providence, Rhode Island.

19. As a result of the covered loss, I was unable to provide outpatient surgical services that were impossible to perform at the smaller office that I leased at 2 Dudley Street, Providence, Rhode Island.

20. As a result of the covered loss, my gross revenues decreased from over $800,000.00 in the year 2004 to $486,090 in 2005 and $393,639 in 2006.

21. At all time relevant to the investigation of the claim, I have fully complied with the terms and conditions of the policy and I have also fully cooperated with the defendant's investigation of the loss.

Signed under penalties of perjury, this 16th day of November, 2007.

Barry Shah

Dr. Barry Shah

Christa C. [illegible]

Notary Public
My commission expires: 2/10/2010