# Exhibit
# A

**Horton, Dana M**

**From:** Potter, Christian [CPotter@LLDLawyers.com]
**Sent:** Friday, May 04, 2007 3:19 PM
**To:** Horton, Dana M
**Subject:** RE: Shah/MCC

Dana,

I am meeting with my client this afternoon. I will have the list of equipment by early next week, sorry for the delay.

Sincerely,

**Christian C. Potter**
Associate Attorney
Email cpotter@lldlawyers.com

301 Metro Center Blvd., Suite 102
Warwick, RI 02886

**Phone 401.739.7397**
Toll Free 888.313.2345
**Direct Fax 401.691.3565**

www.leplap.com

LEPIZZERA LAPROCINA

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify the sender by e-mail and destroy the original message and all copies. Thank you.

---

**From:** Horton, Dana M [mailto:dhorton@rc.com]
**Sent:** Wednesday, April 25, 2007 7:55 AM
**To:** Lepizzera, Michael; Potter, Christian
**Subject:** Shah/MCC

Michael and Chris:

As you know, we were recently notified by the court that there will be a settlement conference before Judge Lovegreen on June 13, 2007. To date, we have not yet received your client's list of items he claims should be covered under the policy. Please advise when you anticipate supplying us with a copy of said list. I'm sure my client will need some time to review and evaluate each of the items identified by your client and I want to be sure they have ample time to do so prior to the hearing, so that we can have meaningful settlement discussions.

Thanks.

Dana

**Dana M. Horton**

**Robinson & Cole LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8295 | Fax (860) 275-8299
dhorton@rc.com | www.rc.com
Bio | Contact Card

Boston New London Hartford Stamford White Plains New York Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

This email has been scanned by the MessageLabs Email Security System.

**Horton, Dana M**

---

**From:** Potter, Christian [CPotter@LLDLawyers.com]
**Sent:** Wednesday, May 09, 2007 4:57 PM
**To:** Horton, Dana M
**Subject:** RE: Shah/MCC

Dana, I am waiting for some documentation from my client. I will forward you our package of information concerning our claims as soon as possible. Thanks.

**Christian C. Potter**
Associate Attorney
Email cpotter@lldlawyers.com

301 Metro Center Blvd., Suite 102
Warwick, RI 02886

**Phone 401.739.7397**
Toll Free 888.313.2345
**Direct Fax 401.691.3565**

www.leplap.com

LEPIZZERA LAPROCINA

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify the sender by e-mail and destroy the original message and all copies. Thank you.

---

**From:** Horton, Dana M [mailto:dhorton@rc.com]
**Sent:** Tuesday, May 08, 2007 10:05 AM
**To:** Potter, Christian
**Subject:** Shah/MCC

Chris:

I just spoke to Rhonda in Judge Lovegreen's chambers and we are confirmed for a settlement conference on June 26, 2007 at 2:00 pm. She said an electronic notice noting the change in date and time will go out shortly.

Thank you for your flexibility.

Dana

**Dana M. Horton**
Robinson & Cole LLP

280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8295 | Fax (860) 275-8299
dhorton@rc.com | www.rc.com
Bio | Contact Card

Boston New London Hartford Stamford White Plains New York Sarasota

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

This email has been scanned by the MessageLabs Email Security System.

## Horton, Dana M

**From:** Horton, Dana M
**Sent:** Wednesday, June 06, 2007 4:57 PM
**To:** 'Potter, Christian'
**Cc:** Lepizzera, Michael
**Subject:** RE: Dr. Barry Shah / MCC

Chris:

My recollection is that there are allegations contained in the complaint for things above and beyond contents that were never formally presented to my client. To the extent that there are other losses being claimed that we previously have never received the details of, I think we are entitled to that prior to the conference. If what you are saying is that your client's list is the exact same list of contents that was previously provided, the settlement conference may be nothing more than an exercise in futility. I certainly don't want to postpone or continue the conference if we can avoid it and I am hopeful we will be able to resolve this matter. However, I would like, as would my client, to fully understand exactly what your client claims is outstanding...whether this includes contents, business interruption, lost rents, or anything else.

Thanks.

Dana

-----Original Message-----
**From:** Potter, Christian [mailto:CPotter@LLDLawyers.com]
**Sent:** Wednesday, June 06, 2007 4:51 PM
**To:** Horton, Dana M
**Cc:** Lepizzera, Michael
**Subject:** RE: Dr. Barry Shah / MCC

Dana,

I do not have a problem with you requesting the continuance, but please don't insinuate that it my client's fault for not getting you the "list". The information that I have sent you to is a restatement of the information that your client has had in its possession for a substantial period of time. I have not provided you with any new information; and therefore, your client should be well aware of my client's claims.

Sincerely,

**Christian C. Potter**
Associate Attorney
Email cpotter@lldlawyers.com

301 Metro Center Blvd., Suite 102
Warwick, RI 02886

**Phone 401.739.7397**
Toll Free 888.313.2345
**Direct Fax 401.691.3565**

www.leplap.com

LEPIZZERA LAPROCINA

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify the sender by e-mail and destroy the original message and all copies. Thank you.

---

**From:** Horton, Dana M [mailto:dhorton@rc.com]
**Sent:** Wednesday, June 06, 2007 4:13 PM
**To:** Potter, Christian
**Cc:** Lepizzera, Michael; Goldman, Stephen; Sullivan, Daniel
**Subject:** RE: Dr. Barry Shah / MCC

Chris:

Just following up on the status of your client's list of damages. As you know, the settlement conference has been rescheduled for June 26 at 2:00. As I have previously noted, I want to be sure my client has ample time to review and analyze your client's claims prior to that date. As such, I trust that I will have a copy of this list by Tuesday, June 12, 2007 - this affords my client fourteen days to review and consider your client's claims. If we do not have the list by that date, I will have no choice but to request that the conference be rescheduled or postponed due to your client's inability to produce the list in a reasonable time in advance of the hearing. I don't mean to play hard ball here, but in order to make our best efforts in trying to resolve this claim on or before the date of the settlement conference, we need to know the precise details of your client's claims. Thank you in advance for your attention to this matter.

Dana

-----Original Message-----
**From:** Potter, Christian [mailto:CPotter@LLDLawyers.com]
**Sent:** Wednesday, May 30, 2007 9:08 AM
**To:** Horton, Dana M
**Cc:** Lepizzera, Michael
**Subject:** RE: Dr. Barry Shah / MCC

Dana, I have been reviewing the file and working on my client's list of damages. It is primarily based on the information that Richard Aube, the public adjuster, has sent to your client. I am writing you a letter outlining all of the issues that need to be resolved and specifically listing the equipment that still needs to be replaced and the loss of income that has to be addressed. I should have it to you by the end of this week. Sorry for the delay.

Sincerely,

**Christian C. Potter**
Associate Attorney
Email cpotter@lldlawyers.com

301 Metro Center Blvd., Suite 102
Warwick, RI 02886

**Phone 401.739.7397**
Toll Free 888.313.2345

**Direct Fax 401.691.3565**

www.leplap.com

LEPIZZERA LAPROCINA

NOTICE: The information contained in this transmission is privileged, confidential, and intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify the sender by e-mail and destroy the original message and all copies. Thank you.

---

**From:** Horton, Dana M [mailto:dhorton@rc.com]
**Sent:** Tuesday, May 29, 2007 12:58 PM
**To:** Potter, Christian
**Subject:** Dr. Barry Shah / MCC

Chris:

I just wanted to follow up and see where you were at with getting your client's list of damages. As you know, the settlement conference is scheduled for 6/26 and I want to be sure my client has ample opportunity to review and consider your client's claims prior to that date. Please advise as to when we may expect to receive his list.

Thanks.

Dana

**Dana M. Horton**

**Robinson & Cole LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8295 | Fax (860) 275-8299
dhorton@rc.com | www.rc.com
Bio | Contact Card

Boston New London Hartford Stamford White Plains New York Sarasota

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

This email has been scanned by the MessageLabs Email Security System.

---

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it@rc.com and immediately delete this message and all its attachments.

---

This email has been scanned by the MessageLabs Email Security System.

**Horton, Dana M**

---

**From:** Horton, Dana M
**Sent:** Thursday, June 07, 2007 8:21 AM
**To:** 'Potter, Christian'; Lepizzera, Michael
**Cc:** Goldman, Stephen; Sullivan, Daniel
**Subject:** Shah/MCC

Chris:

Please note that I just received your letter dated May 28, 2007. I will pass along to my client for review. Thank you very much.

Dana

**Dana M. Horton**

**Robinson & Cole LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8295 | Fax (860) 275-8299
dhorton@rc.com | www.rc.com
Bio | Contact Card

Boston New London Hartford Stamford White Plains New York Sarasota

# Exhibit B

LEPIZZERA • LAPROCINA
COUNSELLORS AT LAW, LTD.

May 28, 2007

Dana M. Horton, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Re: Dr. Barry Shah vs. Maryland Casualty Company et al
C.A. No. 07-016ML

Dear Attorney Horton:

Pursuant to our telephone conversations and in furtherance of attempting to settle this matter, please accept this letter as my client's list of outstanding damages in the above-referenced matter. Please note that this letter is to be used for settlement purposes only.

As a brief background, my client suffered substantial water damage at his property located at 386 Atwells Avenue, Providence, Rhode Island. Based on the water damage, almost every ceiling, wall and finished floor material had to be replaced along with the electrical and plumbing. The building damages in the amount of $287,319.78 have been satisfied. However, there are two outstanding issues that need to be addressed.

First, there are seven (7) pieces of equipment that have been damaged that my client needs to be compensated for. These seven (7) pieces of equipment consist of two (2) ultrasound machines, three (3) suction machines, a Ritter Ultraclave Sterilizer and a copy machine were only given an allowance to clean and service. I have attached a copy of the model numbers of the equipment listed above as Exhibit "A".

My client's public adjuster, Richard Aube, has contacted GE sales concerning the ultrasound machines. He was referred to James Palagonia, the GE local ultrasound account executive. Mr. Palagonia has inspected and reviewed the ultrasound machines and has valued the machines at $50,000.00 per machine on a replacement cost basis which is how the policy provides for reimbursement. I have attached hereto as Exhibit "B" a copy of a report from GE concerning same. You will note that on page two (2) of said report, Mr. Palagonia clearly states that Dr Shah's two original units are not functional due to water damage. This has already been forwarded to William Brady at GAB Robbins by Mr. Aube.

The three (3) suction machines were given a value of $2,500.00 by Mr. Aube. To date, the only compensation from your client has been an allowance of $100.00 to clean each machine. Mr. Aube based this value on his review of several medical supply websites.

The three (3) suction machines were completely destroyed as a result of the water damage.

The Ritter Ultraclave Sterilizer was given a value of $5,395.00. Once again, Mr. Aube based this value on his review of several medical supply websites. To date the only compensation from your client has been an allowance of $300.00 to clean the sterilizer. The sterilizer was completely destroyed as a result of the water damage.

The last piece of equipment is the Xerox 5624 copy machine. Mr. Aube has found that the replacement cost of said machine is $6,000.00. Once again, an allowance of $95.00 was made to clean the machine. The machine was completely destroyed based on the water damage that it suffered.

I understand that your client had hired Frank R. Painter to review the information provided by Mr. Aube and also examine the equipment. I found his comments concerning the veracity of Dr. Shah's claim to be lacking any factual support, completely untrue and frankly libelous. My client was utilizing the equipment that has been presented for your review. The equipment was operating properly and was not "broken and non-functioning"; further, it was not "in storage rather than in use in the medical environment." Based on the policy of insurance that was drafted by your client and paid for by my client, my client is entitled to the replacement costs for each of these items in the total amount of $118,895.00.

Second, my client has a claim for loss of income as a result of the water damage. Pursuant to page 13 of 26 of the insurance policy, your client agreed to "pay for the actual loss of "business income" my client sustained due to the necessary suspension of "operations" that was caused by direct physical loss or damage to property caused by or resulting from a covered cause of loss." This coverage extends for the period of one (1) year. Peter Scotti & Associates had performed an appraisal of the property in February, 2004. Based on this appraisal, Mr. Aube hired Al Iacobbo of Michael Realty to determine the fair market rental value for the rental of the property during the 2004-2005 period that the property damage was being repaired. Mr. Iacobbo stated the following:

1. The building has two floors above grade for a total of 3200 square feet.
2. The total amount of rental office space would be 4,800 square feet.
3. The highest and best use of the building would be for medical offices.
4. The building is located in the Federal Hill section of Providence.
5. It is easily accessible from both route 95 and the 6-10 connector.
6. The building is located approximately two (2) miles form the following three (3) hospitals: Rhode Island Hospital, Woman & Infants Hospital and Roger William's Hospital.
7. Miriam Hospital and Brown University Medical School are approximately three (3) miles from the building.
8. Presently, medical offices near these hospitals are renting for approximately $22.75 per square foot with heat and electricity included.

9. Prior to the recent damage the building sustained, it had undergone renovations and it was in good condition for rental as medical offices.
10. Repairs were also recently made to the parking lot which would provide ample parking for the doctors, staff and patients.
11. The rental fee for this building would be assesses at $18.00 per square foot with tenants paying for the utilities.
12. The damage for loss of rental income would amount to $18.00 x 4800 sq ft = $7,200.00 per month and $86,400 per year.

Once again, my client paid for a policy of insurance with your client. My client has met all of its requirements under said policy. Your client finally reimbursed my client for the property damage on or about May 2005. This was approximately 16 months after the damage to the property occurred. Therefore, my client is entitled to the full one year compensation under business income in the amount of $86,400.00.

In summary, based on the above, my client is asserting a claim for loss of equipment in the amount of $118,895.00 and a claim for loss of income in the amount of $86,400.00. Thank you for the opportunity to attempt to settle this matter without the expense of litigation. I look forward to your response.

Sincerely,

Christian C. Potter

**EXHIBIT "A"**

1. GE LOGIQ200 ULTRA SOUND MACHINE
2. GE RT 2800 ULTRASOUND MACHINE
3. XEROX 5624 COPIER
4. (3) COOPER MEDICAL SUCTION VACUUM VC-7
5. RITTER ULTRACLAVE STERILIZER

EXHIBIT "B"

| | | | |
|---|---|---|---|
| | | | Each configuration consists of the following items |
| 1 | 2 | H5010LA | LOGIQ 5 PRO 120VAC, 60 Hz, NTSC Ultrasound Console<br><br>Fully Digital Ultrasound System Based on GE's TruScan Architecture with TruAccess, SmartScan and Comfort Scan. Special features include: TruAccess (Raw Data Processing), Tissue Harmonic Imaging, Auto Optimization (for B-Mode and Doppler),Virtual Convex, Patient Data Management and Image Archiving. Comprehensive software, Annotation, Calculation and Report Packages Supporting General Imaging, Obstetrics, Gynecology, Vascular, and Cardiology. Doppler RealTime Auto Calculations Included. Available Options Include. Easy 3D & Advanced 3D, MO Disk Drive, ECG Kit, Continuous Wave Doppler, DICOM, Insite, and a (4th) Fourth Transducer Port. Scanning Modes Include: B-Mode, M-Mode, Color Flow and Pulsed Wave Doppler, Power Doppler. Other System Highlights Include: Programmable Annotations, (3) Three Active Transducer Ports with GE's Exclusive Cable Management System, up to 60 seconds of CINE Memory, Standard 40 GB Internal Hard Drive, Standard CD-RW, and User Programmable Presets, Swivel/Tilt 15 inch Non-interlace High Resolution Color Monitor. RealTime Auto Calculations, USB Output Data Port. Integrated Peripherals Storage Bay and Wheel Lock Mechanism and Swivel Lock Allows Greater Portability. |
| 2 | 2 | H4901PE | 3.5 C 2-5 MHz Convex Transducer<br><br>Broad spectrum 2-5MHz convex transducer with a 68 degree aperture/FOV and a 53x18mm footprint. Preferred Applications: ABD, OB, GYN. Biopsy kit E8385MG available. |
| 3 | 2 | H40412LE | E8C 4-10 MHz Microconvex<br><br>Broad spectrum 4-11MHz micro convex endocavitary transducer. Preferred Applications: OB (endovaginal), GYN, ABD. Biopsy kits E8385MJ and E8385MY available. |
| 4 | 2 | H5000JA | LOGIQ 5 Onboard SONY UP-895 B/W Printer<br><br>Sony UP-895 B&W Thermal Printer for Onboard Integrated Mounting into the LOGIQ 5 Console. (Includes Cables and Fixture Kit) |
| 5 | 2 | H5000MF | LOGIQ 5 Onboard SONY SVO-9500MD VCR |

Quote Summary:

Total Quote Net Selling Price $100,000.00

(Quoted prices do not reflect state and local taxes if applicable)

Replacement units for Dr. Shah, as his two original units are not functional due to water damage.

If you would like to place an order for this equipment, a formal contract document will be prepared for your consideration. This quote is for budgetary use only; only a GE contract can become a binding order.