UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dr. Barry Shah
Plaintiff

vs. C.A. No.: 07-016 ML

Maryland Casualty Company;
Zurich-American Insurance Company; and
Zurich-American Insurance Company
of Illinois

Defendants

**STIPULATION**

By agreement of the parties, this matter shall be dismissed, with prejudice, no interest and no costs.

Respectfully submitted,
Dr. Barry Shah
By and through his attorneys,

/s/ Christian C. Potter
Christian C. Potter, Esq. #5359
Lepizzera & Laprocina
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@lldlawyers.com

Dated: June 2, 2008

Respectfully submitted,
Maryland Casualty Company et al
By and through their attorneys,

/s/ Dana M Horton
Dana M. Horton, Esq. #6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel: (860) 275-8200
Fax: (860) 275-8299
Email: dhorton@rc.com

Dated: June 2, 2008

**CERTIFICATION**

I certify that on this 2nd day of June, 2008 a true and accurate copy of the within was filed electronically and it is available for viewing and downloading from the ECF System. Further I certify that that the undersigned were served with a copy of said motion electronically:

Dana Horton #6251.
dhorton@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
(860) 275-8295 (Telephone)
(860) 275-8299 (Facsimile)

/s/ Christian C. Potter